UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SIOUX STEEL COMPANY, a South Dakota corporation, | ) ) ) | CIV:15-4136 |
| Plaintiff, | ) ) ) | **UNOPPOSED MOTION TO AMEND COMPLAINT** |
| vs. | ) ) ) | |
| KC ENGINEERING, P.C., an Iowa corporation, | ) ) ) ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 15(a)(1), the parties, by and through their undersigned attorneys of record, agree that Plaintiff may file an Amended Complaint and thereby file this *Unopposed Motion to Amend Complaint*. A draft of the *Amended Complaint* is attached to this motion as Exhibit A.

WHEREFORE, the parties respectfully request that their *Unopposed Motion to Amend Complaint* be granted.

Dated this 6 day of January, 2017.

GOODSELL QUINN LLP

By: _____
G. Verne Goodsell
Nathan R. Oviatt
246 Founders Park Dr., Suite 201
P.O. Box 9249
Rapid City, SD 57709-9249
Tel: (605) 343-3000 / Fax: (605) 343-3251
verne@goodsellquinn.com
nate@goodsellquinn.com
ATTORNEYS FOR PLAINTIFF

1

Dated this 28th day of December, 2016.

/s/ Michael F. Tobin
Michael F. Tobin
Meghann M. Joyce
BOYCE LAW FIRM, L.L.P.
300 South Main Avenue
P.O. Box 5015
Sioux Falls, SD  57117-5015
(605) 336-2424
mftobin@boycelaw.com
mmjoyce@boycelaw.com
Attorneys for Defendant KC Engineering, P.C.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a true and correct copy of the **UNOPPOSED MOTION TO AMEND COMPLAINT, by electronically filing the document with the Clerk of Court using the CM/ECF system**, upon the following, on the 5th day of January, 2017:

>Michael F. Tobin
>Meghann M. Joyce
>Boyce Law Firm LLP
>300 South Main Avenue
>PO Box 5015
>Sioux Falls, SD 57117-5015
>mftobin@boycelaw.com
>mmjoyce@boycelaw.com

/s/ G. Verne Goodsell
G. Verne Goodsell – Filed Electronically