UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| SIOUX STEEL COMPANY, a South Dakota Corporation;<br><br>  Plaintiff,<br><br>  vs.<br><br>KC ENGINEERING, P.C., an Iowa corporation;<br><br>  Defendant. | 4:15-CV-04136-KES<br><br>ORDER GRANTING MOTION TO AMEND COMPLAINT |

The parties have agreed that plaintiff may file an amended complaint.

Good cause appearing, it is

ORDERED that plaintiff's motion (Docket 15) is granted.

DATED this 9th day of January, 2017.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE