UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SIOUX STEEL COMPANY, a South Dakota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KC ENGINEERING, P.C., an Iowa Corporation,<br><br>Defendant. | 4:15-CV-04136-KES<br><br>AMENDED SCHEDULING ORDER |

Pursuant to the joint motion to amend the amended scheduling order, and good cause appearing, it is

ORDERED that the following deadlines apply to this case:

1. All discovery, including expert discovery, will be commenced in time to be completed by October 20, 2017.

2. All motions, other than motions in limine, together with supporting briefs, will be filed and served on or before November 30, 2017. Opposing parties will file and serve answering materials and briefs within 21 days. Reply briefs will be filed and served within 14 days.

All other provisions of the court's prior scheduling orders remain in effect unless specifically changed herein.

DATED this April 28, 2017.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE