UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| SIOUX STEEL COMPANY, a South Dakota corporation, | Civ. 15-4136 |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF MICHAEL F. TOBIN IN SUPPORT OF SUMMARY JUDGMENT** |
| KC ENGINEERING, P.C., an Iowa corporation, | |
| Defendant. | |

---

STATE OF SOUTH DAKOTA   )
                        :SS
COUNTY OF MINNEHAHA     )

I, Michael F. Tobin, being duly sworn on oath, depose, state, and declare as follows:

1. I am the attorney for KC Engineering, P.C., and have knowledge of the following.

2. Attached hereto as **Exhibit A** is a true and accurate copy of highlighted portions of the deposition of Chad Kramer.

3. Attached hereto as **Exhibit B** is a true and accurate copy of the highlighted portions of the deposition of Jason O'Mara.

4. Attached hereto as **Exhibit C** is a true and accurate copy of the highlighted portions of the deposition of Derek Matthies.

5. Attached hereto as **Exhibit D** is a true and accurate copy of the agreement between Sioux Steel and KC Engineering.

6. Attached hereto as **Exhibit E** is a true and accurate copy of the settlement agreement entered into by Sioux Steel.

1

Dated this 16th day of March, 2018.

_____
Michael F. Tobin

Subscribed and sworn to before
me this 16th day of March, 2018.

*Beverly J Brady*
Notary Public – South Dakota
My Commission Expires: 7/5/2021

BEVERLY J. BRADY
NOTARY PUBLIC
SOUTH DAKOTA
(SEAL)