## Page 1

```
            UNITED STATES DISTRICT COURT
              DISTRICT OF SOUTH DAKOTA
                 SOUTHERN DIVISION

= = = = = = = = = = = = = = = = = = = = = = = = = = = = =

SIOUX STEEL COMPANY,
a South Dakota corporation,

              Plaintiff,
vs.                                         Civ. 15-4136

KC ENGINEERING, P.C., an Iowa
corporation,

              Defendant.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = =

            Deposition of:   DEREK MATTHIES, PE
                      Date:  February 27, 2017
                      Time:  12:05 p.m.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = =

                       APPEARANCES
Mr. G. Verne Goodsell
Goodsell Quinn, LLP
Rapid City, South Dakota

   and

Ms. Amy Ellis
Sioux Steel Company General Counsel
Sioux Falls, South Dakota

       Attorneys for the Plaintiff

Mr. Michael F. Tobin
Boyce Law Firm, LLP
Sioux Falls, South Dakota

       Attorney for the Defendant

ALSO PRESENT:     Jason O'Mara

REPORTED BY:      Audrey M. Barbush, RPR
```

## Page 2

```
                        I N D E X

Examination:                                        Page

By Mr. Goodsell                                        4

Exhibit Nos.:                                       Page

Exhibit 17 - Proposal, July 30, 2012, KC 81-82         8

Exhibit 18 - Job Information Sheet, KC 1              19

Exhibit 19 - Engineering Analysis and Design Review,
             August 28, 2012, PLF 3-4                 20

Exhibit 20 - Addendum Letter, October 2, 2012, KC 37-38  22

Exhibit 21 - E-mail, KC 50-52                         43

Exhibit 22 - Project Account Detail, KC 87-89         43

Exhibit 23 - 30' Hopper Cone Assembly drawing, KC 213  45

Exhibit 24 - Hopper Panel - Upper RH drawing, KC 218   45

Exhibit 25 - Handwritten notes, PLF 28-31             46

Exhibit 26 - ANSI/ASAE EP 433                         54

                          -oOo-

       (The original transcript was provided to Mr. Goodsell.)

                          -oOo-
```

## Page 3

1    S T I P U L A T I O N
2    It is hereby stipulated and agreed by and between the
3 above-named parties through their attorneys of record, whose
4 appearances have been hereinabove noted that the deposition
5 of DEREK MATTHIES, PE, may be taken at this time and place,
6 that is, at the offices of Boyce Law Firm, LLP, 300 South
7 Main Avenue, Sioux Falls, South Dakota, on the 27th day of
8 February, 2017, commencing at the hour of 12:05 p.m.; said
9 deposition taken before Audrey M. Barbush, a Registered
10 Professional Reporter and Notary Public within and for the
11 State of South Dakota; said deposition taken for the purpose
12 of discovery or for use at trial or for each of said
13 purposes, and said deposition is taken in accordance with
14 the applicable Rules of Civil Procedure as if taken pursuant
15 to written notice.  Objections, except as to the form of the
16 question, are reserved until the time of trial.  Insofar as
17 counsel are concerned, the reading and signing of the
18 transcript by the witness is not waived.
19           -oOo-
20
21
22
23       DEREK MATTHIES, PE,
24 called as a witness, having been first duly sworn,
25 testified as follows:

## Page 4

1     MR. GOODSELL: Counsel, I think we're taking these
2 depositions pursuant to notice, and then at the request
3 of the defendant you've asked that we take Derek first;
4 is that correct?
5     MR. TOBIN: Correct.
6     MR. GOODSELL: Okay.  And the depositions can be
7 used for all purposes under the Rules of Civil
8 Procedure, correct?
9     MR. TOBIN: Correct.
10         EXAMINATION
11 BY MR. GOODSELL:
12 Q  Would you state your full name for the record, please.
13 A  Derek Matthies.
14 Q  What's your professional address, Derek?
15 A  4300 Lakeport --
16 Q  That's where --
17 A  -- Sioux City.
18 Q  -- the office of KC is at in Sioux City?
19 A  Correct.
20 Q  Now, have you had your deposition taken before?
21 A  No.
22 Q  First time?
23 A  Yes.
24 Q  Well, if you don't understand one of my questions, you
25    tell me.  Okay?

EXHIBIT C

**Sioux Steel Company v.**  
**KC Engineering, P.C.**

**Derek Matthies, PE**  
February 27, 2017

Page 13

1  Q  Now, KC Engineering was to review calculations,
2     correct?
3  A  Correct.
4  Q  It's my understanding that calculations were not
5     provided to KC; is that correct?
6  A  Correct.
7  Q  But the review drawings were provided, correct?
8  A  Yes.
9  Q  And then it's my understanding that you were going to
10    perform what is referred to as an RISA-3D finite
11    analysis, correct?
12 A  Yes.
13 Q  So if we look under the scope of services is that
14    KC Engineering was to review drawings, correct?
15 A  Yes.
16 Q  And this would be from a structural engineer analysis
17    perspective, correct?
18 A  Yes.
19 Q  You were to look at calculations, but that was not
20    done, correct?
21 A  Correct.
22 Q  And then there was an RISA-3D infinite[sic]-element
23    analysis, correct?
24 A  Yes.
25 Q  Okay.  Now, continuing on the same document, it says,

Page 14

1     "We will use the following references in our review."
2         Did you use all those references?
3  A  Yes.
4  Q  And did the drawings submitted to you for review meet
5     the design standards set forth under No. 1, "Design of
6     Steel Bins for Storage of Bulk Solids," by Gaylord and
7     Gaylord?
8  A  I believe what we looked at did.
9  Q  Are you telling me then that you qualified what you
10    looked at?
11 A  I'm not sure I understand the question.
12 Q  Well, did you qualify the hopper assemblies that you
13    looked at when you did your structural analysis?
14 A  Yes.  I believe -- I mean, our reports stated that.
15 Q  And we're going to come to that report later on.  I'm
16    just wondering, as you're going through right now, did
17    you qualify any aspect of your review?
18 A  If it qualified for the Gaylord and Gaylord book?
19 Q  Yes.
20 A  Yes.  That book mainly we used for the design
21    pressures.  So in terms of --
22 Q  This would be both static and dynamic pressures?
23 A  I would say more static.  We would have used the second
24    reference for dynamic.
25 Q  Okay.  And the second reference here is the ANSI/ASAE

Page 15

1     EP433, correct?
2  A  Correct.
3  Q  Revised 2011?
4  A  Yes.
5  Q  Did the design drawings submitted to you by Sioux Steel
6     comply with the requirements of ANSI/ASAE EP433?
7  A  For the design loads, yes.
8  Q  Did the drawings submitted by Sioux Steel to KC meet
9     the requirements set out in ASCE/CEI[sic] 7-2005?
10 A  Yes.
11 Q  Did the design requirements -- excuse me.  Did the
12    plans submitted to KC by Sioux Steel for review comply
13    with AISC Manual of Steel Construction, Edition 13?
14 A  Yes.
15 Q  So if I understand your testimony correctly is that it
16    was and still is your engineering opinion that the
17    reviewed drawings that you reviewed complied with the
18    design requirements set out in Exhibit 17, 1 through 4?
19 A  I would say the items that we reviewed in our report
20    did.
21 Q  Are there items that were not reviewed in your report?
22 A  I would say that, yeah, based on our spot calculations
23    there were items that weren't looked at.
24 Q  Is there anything in Exhibit 17 that would exclude
25    review of any items in the hopper?

Page 16

1  A  No.
2  Q  Now, I may have asked this before, but I want to make
3     sure is that KC provided the proposal, Exhibit 17 and
4     Exhibit 7, for structural engineering services; is that
5     correct?
6  A  Correct.
7  Q  And KC drafted the proposal for structural engineering
8     services, Exhibit 17 and Exhibit 7, correct?
9  A  Correct.
10 Q  KC specifically states in its proposal, Exhibit 7 and
11    Exhibit 17, that the project includes a structural
12    analysis of the two cone hoppers, correct?
13 A  Correct.
14 Q  KC specifically states in its proposal, Exhibit 7 and
15    17, that the project includes structural engineering
16    design review of the two hoppers, correct?
17 A  Could you state that again?
18 Q  Yes.  KC specifically states in its proposal, Exhibit 7
19    and 17, that the project includes structural
20    engineering design review of the two hoppers?
21 A  Yes.
22 Q  In Exhibit 7 and 17, under the Scope of Structural
23    Engineering Services, KC will review drawings and
24    calculations, correct?
25 A  Correct.

Min-U-Script®         Paramount Reporting ~ Audrey M. Barbush, RPR         (4) Pages 13 - 16
605.321.3539 ~ audrey@paramountreporting.com

EXHIBIT C