# EXHIBIT B



### General

**Name:** Sioux Steel Company (SD): Design review of bolted grain silos
**Proj. Dev. Engineer:** Petro, Gregory    **Primary Contact:** Kramer, Chad
**Primary Client:** Sioux Steel    **Source:**
**Industry Class:** B- Service firms    **Industry Specialization:** 098 Equip Mfg/
**Materials:** Grain
**Next Follow-up:** 7/23/201

**Project scope**
Initial site visit
Testing
Wear tests
P.C. tests

120719 Talked to Chad Kramer –) Our loading is much higher compared to what Sioux Steel calculates. No job here.

120717 TJB FWD Opp. to Greg. P. to FLWup.

120717 Chad EM: "We're more interested from a design review from a structural perspective. I've attached an assembly drawing of our 18' hopper. This hopper was designed for an 18' diameter bin with an eave up to 33' high to be on it. Our bins consist of corrugated galvanized sheets which are bolted together as well. The hopper bins are designed for materials with a bulk density of up to 55.3 lb/ft3. If you need any additional information in order to give me an idea on what your fee would be for this type of design review let me know.

120717 EM FLwup to Chad to get more info on silo design, type(s) of grain being handled and what level of review they need (funcitonal, structural, etc.).

120717 EM Inq: "I am a structural engineer at Sioux Steel Company in Sioux Falls, SD. We recently designed a line of bolt together hoppers for use with grain bins ranging in diameter from 18' to 36'. Since we're new to hopper design, we are looking for someone to do a design review of a couple of the hoppers. Would your firm be able to undertake a project like this?"

Carson
Exhibit No. 30
Date: 10-27-17
Audrey M. Barbush, RPR