# EXHIBIT D



# KC ENGINEERING, P.C.
### 4300 S. LAKEPORT
### SIOUX CITY, IOWA 51106

DATE:   August 28, 2012

TO:   Mr. Chad Kramer
Sioux Steel Company
196 ½ E 6th Street
Sioux Falls, SD 57101

RE:   Engineering Analysis and Design Review of 18' Diameter and 30' Diameter Hopper Cone
Assemblies

Dear Mr. Kramer,

Per your request, KC Engineering has performed a structural engineering evaluation on the 18' Diameter
and 30' Diameter Hopper Cone designs provided to us. Through the use of the structural analysis
program RISA 3D and manual calculations, we have come to the conclusion that the 18' Diameter
Hopper will sufficiently and efficiently support the expected loads however, the 30' Diameter Hopper *is
not* sufficient as designed.

## Hopper Description

The 18' Diameter Hopper Cone assembly consists of twelve W8x13 columns with the bin stiffeners
sitting directly on these columns. This hopper has a ¼" Grade 50 ksi steel compression ring stiffener and
the frame is braced by 2.5"x1.0"x12 Gage Channels in both the horizontal and diagonal directions. The
hopper cone itself is 14 Gauge Grade 50 ksi galvanized steel.

A larger 30' Diameter Hopper Cone assembly consists of twelve W8x28 columns with the bin stiffeners
also sitting directly on these columns. This hopper has 5/16"x 8" deep compression ring channels
attached to 5/16" Plates for the compression ring weldment. The frame is braced by 12 Gage Channels
with the horizontal bracing and diagonal cross-bracing both being 2½" deep. The hopper cone is 10
Gauge Grade 50 ksi galvanized steel.

## Analysis

The analysis on the frames was done using ASCE 7-05 load combinations and bin eave heights provided
in emails from Sioux Steel dated July 17, 2012 and August 2, 2012. The following loads were used in the
analysis:

| | |
|---|---|
| Frame Self-weight: | Calculated by RISA |
| Bin Dead Load: | 6 psf |
| Snow Load: | 10 psf |
| Wind Load: | ≈ 19 psf (Varies by Height) |
| Grain Wall Load: | 47 (As Stiffener Loads) |
| Grain Hopper Pressures: | Varies per Depth |

*[Stamp: Kramer Exhibit No. 9  Date: 9-29-16  Audrey M. Barbush, RPR]*

The grain loads were calculated and evaluated in accordance with *Design of Steel Bins for Storage of Bulk
Solids* (Gaylord, 1984) and *ANSI/ASAE EP433 – Loads Exerted by Free-Flowing Grain on Bins* (1998).
In the attached pages, the load cases and load combinations are shown in more detail for both hoppers.
The attached pages also include detailed information for all of the members and plates.

8/28/2012

Sioux Steel Company
Engineering Services for Hopper Analysis
Sioux Falls, SD

Page 1 of 2

PLF 3

## Conclusions

After completing the RISA model and hand calculations, the controlling combination for the hopper and frame analysis is Load Combination #2 (DL+LL). This combination controls for both the column design and the hopper plates. All of the members and plates for the 18' Diameter Hopper fell within the acceptable material limits for each member. However, the columns for the 30' Diameter Hopper were *found to be overstressed by a factor of 1.37* and should be replaced with larger columns. The calculations for these columns can be found on Pages 20-21 of the report for the 30' Diameter Hopper.

A maximum base reaction summary can be found on Pages 519 and 664-665 in the 18' and 30' Diameter Hopper Reports, respectively.

We appreciate the opportunity to provide our services to you on this project. If you have any questions, please contact me at (712) 252-2100.

Respectfully submitted,                                          Reviewed by:


Derek Matthies, EI                                               Jason P. O'Mara
KC Engineering, P.C.                                             Vice President
                                                                 KC Engineering, P.C.

Sioux Steel Company
Engineering Services for Hopper Analysis
Sioux Falls, SD

8/28/2012

Page 2 of 2
PLF 4

## Table of Contents

RISA 3D Hopper Model............................................................................. 1
RISA 3D Full Model................................................................................. 2
Load Calculations................................................................................ 3-8
Grain Bin Pressures............................................................................. 9-11
Wind Load Calculations......................................................................... 12-19
Column Code Check.............................................................................. 20-21
Hopper Panel Connection........................................................................ 22-24
Hopper Results.................................................................................. 25
Compression Ring Weldment Connection........................................................... 26
RISA 3D Member Labels........................................................................... 27-40
RISA 3D Plate Labels............................................................................ 41-82
RISA 3D Deflected Shape – Elevation View........................................................ 83
RISA 3D Deflected Shape – Plan View............................................................. 84
RISA 3D Deflected Shape – Isotropic View........................................................ 85
RISA 3D Hopper Stresses – Elevation View........................................................ 86
RISA 3D Hopper Stresses – Plan View............................................................. 87
RISA 3D Hopper Stresses – Isotropic View........................................................ 88
RISA 3D Global Parameters....................................................................... 89-90
RISA 3D Hot Rolled Steel Properties............................................................. 90
RISA 3D Cold Formed Steel Properties............................................................ 90
RISA 3D General Material Properties............................................................. 90
RISA 3D Hot Rolled Steel Section Sets........................................................... 90
RISA 3D Cold Formed Steel Section Sets.......................................................... 91
RISA 3D General Section Sets.................................................................... 91
RISA 3D Joint Coordinates....................................................................... 91-187
RISA 3D Boundary Conditions..................................................................... 187
RISA 3D Member Primary Data..................................................................... 187-196
RISA 3D Member Advanced Data.................................................................... 196-204
RISA 3D Hot Rolled Steel Design Parameters...................................................... 204-205
RISA 3D Cold Formed Steel Design Parameters..................................................... 205-208
RISA 3D Plate Primary Data...................................................................... 209-296
RISA 3D Plate Advanced Data..................................................................... 296-384
RISA 3D Joint Loads (Basic Load Case #2: Bin Dead Load)......................................... 384
RISA 3D Joint Loads (Basic Load Case #3: Snow Load)............................................. 384
RISA 3D Joint Loads (Basic Load Case #4: Wind Load on Bin)...................................... 384-385
RISA 3D Joint Loads (Basic Load Case #5: Wind Load on Hopper)................................... 385-386
RISA 3D Joint Loads (Basic Load Case #6: Grain Wall Load)....................................... 386
RISA 3D Surface Loads (Basic Load Case #7: Full Bin – Hopper Load).............................. 386-429
RISA 3D Surface Loads (Basic Load Case #8: Full Bin – Bin Load)................................. 429-492
RISA 3D Surface Loads (Basic Load Case #9: Full Bin – Parallel Load)............................ 492-535
RISA 3D Surface Loads (Basic Load Case #10: Empty Bin – Hopper Load)............................ 535-578
RISA 3D Surface Loads (Basic Load Case #11: Empty Bin – Bin Load)............................... 578-620
RISA 3D Surface Loads (Basic Load Case #12: Empty Bin – Parallel Load).......................... 620-663
RISA 3D Basic Load Cases........................................................................ 663
RISA 3D Load Combinations....................................................................... 663-664

PLF 5

RISA 3D Load Combination Design.................................................................................. 664
RISA 3D Joint Reactions.................................................................................................. 664-665
RISA 3D Joint Displacements.......................................................................................... 665-815
RISA 3D Member Section Forces..................................................................................... 815-890
RISA 3D Member Section Stresses.................................................................................. 890-965
RISA 3D Member Section Deflections............................................................................. 965-1039
RISA 3D AISC ASD Steel Code Checks............................................................................ 1039-1040
RISA 3D AISI NAS-07: ASD Code Formed Steel Code Checks.................................. 1040-1042
RISA 3D Plate Principal Stresses..................................................................................... 1042-1311
RISA 3D Plate Principal Forces........................................................................................ 1311-1445
RISA 3D Material Takeoff.................................................................................................. 1445-1446

PLF 6



SK - 1

Aug 13, 2012 at 4:23 PM

30 Diameter Hopper Cone2.r3d

30' Diameter Hopper

Sioux Steel

DJM

61165

PLF Page 1



| Sioux Steel | | SK - 1 |
| --- | --- | --- |
| DJM | 30' Diameter Hopper | Aug 13, 2012 at 4:21 PM |
| 61165 | | 30' Diameter Hopper Cone2.r3d |

PLF Page 2

| KC ENGINEERING CO.<br>4300 So. Lakeport, Suite 205<br>Sioux City, IA 51106<br>(712) 252-2100<br>Fax   252-0346 | PROJECT NAME: 30' Φ Hopper Analysis | PAGE 1 OF 6 | DATE: 8/8/12 |
|---|---|---|---|
| | LOCATION: Sioux Steel | PROJECT #: 6116S | |
| | SUBJECT: Loads | DESIGNER: DM | |

1. Bin Dead Load

   $\rho_s \approx 6\,psf$

   A. Roof:

   $$SA = \pi r d + \pi r^2 = \pi(15')(17.32') + \pi(15')^2 = 1523\,ft^2$$

   Where $d = \dfrac{15}{\cos 30} \approx 17.32'$

   $$P = 6psf\,(1525\,ft^2) = 9{,}150\,\underline{lbs}$$

   B. Bin:

   $$SA = \pi D H = \pi(30)(51.33') = 4837.74\,ft^2$$

   $$P = 6psf\,(4837.74\,ft^2) = 29{,}026.4\,lbs$$

   Total → $\dfrac{9150 + 29026}{20\ stiffeners} = \underline{\underline{1.91\ ^K/stiffener}}$

2. Snow Load

   $$P_s = C_s\,[\,0.7\,C_e\,C_t\,I\,\rho_g\,]$$

   $C_s = 0.5$     $I = 0.8$

   $C_e = 1.0$     $\rho_g = 30\,psf$

   $C_t = 1.2$

PLF 9 Page 3

| KC ENGINEERING CO. | PROJECT NAME: 30' Ø Hopper Analysis | PAGE 2 OF 6 | DATE: 8/8/12 |
|---|---|---|---|
| 4300 So. Lakeport, Suite 205<br>Sioux City, IA 51105<br>(712) 252-2100<br>Fax   252-0346 | LOCATION: Sioux Steel | PROJECT #: 61165 | |
| | SUBJECT: Loads | DESIGNER: DM | |

$$P_s = 0.5 [0.7 (1.0)(1.2)(0.8)(30 \, psf)] = 10.08 \, psf$$

$$P = 10.08 \, psf \, (1523 \, ft^2) = 15,352 \, lbs$$

$$Total \rightarrow \frac{15,352 \, lb}{20 \, stiffeners} = \underline{0.77 \frac{Kip}{stiffener}}$$

## 3. Wind Load

$$q_z = 0.00256 \, K_z K_{zt} K_d V^2 I$$

$$K_z = 1.12 \quad (For \; h_{mean} = 55.7')$$

$$K_z = Varies \; Per \; Bin \; Height$$

$$K_{zt} = 1.0$$

$$K_d = 0.95 \; (Tanks)$$

$$V = 90 \, mph$$

$$I = 0.87$$

$$q_z = 17.14 \, K_z \quad psf$$

$$q_h = 19.20 \, psf$$

$$C_F = 0.712 \quad (Windward \; Bin \; Wall)$$

$$C_p = -0.18 \quad (Windward \; Roof \; edge)$$

$$C_p = +0.2 \quad (Windward \; Roof \; Middle)$$

$$C_p = -0.7 \quad (Leeward \; Roof \; Edge$$

$$C_p = -0.6 \quad (Leeward \; Roof \; Middle)$$

PLF 10  Page 4

| KC ENGINEERING CO. | PROJECT NAME: 30' ⌀ Hopper Analysis | PAGE 3 OF 6 | DATE: 8/8/12 |
|---|---|---|---|
| 4300 So. Lakeport, Suite 205 Sioux City, IA 51106 (712) 252-2100 Fax 252-0346 | LOCATION: Sioux Steel | PROJECT #: 61/65 | |
| | SUBJECT: Loads | DESIGNER: DM | |

A.   Max Overturning Moment of Bin = 714$^{'-K}$

   Max Wind Shear of Bin = 18.7$^{Kips}$

B.   Max Overturning Moment of Hopper + Frame = 40.64$^{'-K}$

   Max Wind Shear of Hopper + Frame = 4.51$^{Kips}$

## Wind Loads



F = 1.47$^{K}$ (0.08$^{K}$)
F = 2.80$^{K}$ (0.16$^{K}$)
F = 3.85$^{K}$ (0.22$^{K}$)
F = 4.53$^{K}$ (0.26$^{K}$)
F = 4.76$^{K}$ (0.27$^{K}$)
F = 4.53$^{K}$ (0.26$^{K}$)
F = 3.85$^{K}$ (0.22$^{K}$)
F = 2.80$^{K}$ (0.16$^{K}$)
F = 1.47$^{K}$ (0.08$^{K}$)

Positive Values

Negative Values

Wind →

\* Frame/Hopper Loads in Parentheses

PLF 11   Page 5

| KC ENGINEERING CO. | PROJECT NAME: 30' ∅ Hopper Analysis | PAGE 4 OF 6 | DATE: 8/8/12 |
|---|---|---|---|
| 4300 So. Lakeport, Suite 205<br>Sioux City, IA 51105<br>(712) 252-2100<br>Fax 252-0346 | LOCATION: Sioux Steel | PROJECT #: 61165 | |
| | SUBJECT: Loads | DESIGNER: DM | |

# 4. Grain Pressures (Full Bin)



(a)



(b)

A. Pressures from material in hopper (Figure a)

$$P' = \frac{0.6 \, K D \cos^2\theta}{\sqrt{\mu'}} = \frac{0.6(55.3\frac{\#}{\#})(0.5)(30')\cos^2(45)}{\sqrt{.37}}$$

$$q' = \frac{P'}{2} = \frac{409}{2} = \underline{205\ psf} \qquad \boxed{P' = 409\ psf}$$

B. Pressures from the material above the hopper (Figure b)

$$P_1' = \frac{P_b \sin^2\theta + P_{hf}\cos^2\theta}{\sqrt{\mu'}}$$

$$P_2' = P_b \sin^2\theta$$

$$q' = \frac{P'}{2}$$

| KC ENGINEERING CO. 4300 So. Lakeport, Suite 205 Sioux City, IA 51106 (712) 252-2100 Fax  252-0346 | PROJECT NAME: 30' Φ Hopper Analysis | PAGE 5 OF 6 | DATE: 8/8/12 |
|---|---|---|---|
| | LOCATION: Sioux Steel | PROJECT #: 61165 | |
| | SUBJECT: Loads | DESIGNER: DM | |

$$\text{where} \quad P_b = V_{max} = 1650 \; psf$$

$$P_{hf} = V_{Smax} = 825 \; psf$$

$$P_1^{\,'} = \frac{(1650 \, psf)\sin^2(45) + (825 \, psf)\cos^2(45)}{\sqrt{.37}} = \underline{2034 \; psf}$$

$$P_2^{\,'} = P_b \sin^2\theta = (1650 \, psf)\sin^2(45) = \underline{825 \; psf}$$

$$q_b^{\,'} = \frac{1631}{2} = \underline{815 \; psf}$$

$$P' = \frac{2}{3}(2034 - 825) + 825 = 1631 \; psf$$

## 5. Grain Pressures (Empty Bin/Full Hopper)



(c)

$$H_{apex} = \frac{\Delta}{2} \tan\alpha \qquad \text{where: repose angle } \alpha = 23°$$

$$H_{apex} = \frac{30'}{2} \tan 23° = 6.37'$$

| KC ENGINEERING CO.<br>4300 So. Lakeport, Suite 205<br>Sioux City, IA 51106<br>(712) 252-2100<br>Fax  252-0346 | PROJECT NAME: 30' φ Hopper Analysis | PAGE 6 OF 6 | DATE: 8/8/12 |
|---|---|---|---|
| | LOCATION: Sioux Steel | PROJECT #: 6165 | |
| | SUBJECT: Loads | DESIGNER: DM | |

A. Pressures from material in hopper (Figure a)

$$P' = 409 \ psf$$
$$q' = 205 \ psf$$

> Same as Page 4

B. Pressures from the material above the hopper

(Figure c)

$$P_b = \left[\tfrac{1}{3}\pi r^2 h\right]\frac{\gamma}{\pi r^2} = \left[\tfrac{1}{3}(6.37)\right]55.3\tfrac{lb}{ft^3} = 117.4 \ psf$$

$$P_{hf} = K(P_{bmax}) = 0.5(117.4) = 58.7 \ psf$$

$$P_1' = \frac{(117.4 \ psf)\sin^2(45) + (58.7 \ psf)\cos^2(45)}{\sqrt{.37}} = \underline{144.8 \ psf}$$

$$P_2' = 117.4\sin^2 45 = \underline{58.7 \ psf}$$

$$q' = \frac{116.1}{2} = \underline{58.1 \ psf}$$

$$P' = \tfrac{2}{3}(144.8 - 58.7) + 58.7 = 116.1 \ psf$$

6. Grain Wall Load

$$P = P_{vmax}(D') \quad \text{where } D' = \text{distance btwn stiffeners}$$

$$P = 10,020 \ plf \ (4.75') = \underline{\underline{47.6 \ Kips}}$$

PLF 14 Page 8

## KC Engineering, P.C.

| | |
|---|---|
| Project Name: 30' Diameter Hopper Analysis | Date: 8/8/2012 |
| Location: Sioux Steel | Project #: 61165 |
| Subject: Grain Pressures and Wall Loads - 30' Diameter Hopper | Designer: DJM |

**Calculate Grain Pressures and Wall Loads on a Circular Steel Bin using ANSI/ASAE EP433:**

*Note: This spreadsheet and ASAE EP433 shall be used only for the design of foundations for steel bins. Concrete silos shall be designed using ACI 313 with conservative modifications in accordance with the Midwest Plan Service handbook and shall not be designed using this spreadsheet.*

*Input Variables for use in Janssen's Formula:*

| | | | |
|---|---|---|---|
| bulk density of grain, W = | 55.3 | pcf | use 48 for corn or beans, < or = 52 for any grain |
| emptying angle of internal friction, $\phi$ = | 27 | degrees | use 27 for shelled corn, 29 for soybeans |
| filling angle of repose, $\alpha$ = | 23 | degrees | use 23 for shelled corn, 25 for soybeans |
| coefficient of friction of grain on wall, $\mu$ = | 0.37 | | use 0.3 for smooth steel, 0.37 for corrugated steel |
| k = | 0.50 | | always use 0.5 when using ASAE EP433 |
| Diameter of Tank, D = | 30 | ft | |
| Hydraulic Radius of Tank, R = | 7.5 | ft | |
| height of grain at wall, Hs = | 51.3 | ft | |

*Calculate grain heights, determine whether bin is deep or shallow, and calculate Overpressure Factor, F:*

| | | | |
|---|---|---|---|
| height to top of grain at apex, Ht = | 57.7 | ft | |
| height of grain to 1/3 height of surcharge, H = | 53.5 | ft | |
| height at which rupture plane intersects = | 24.5 | ft | < than Hs, therefore use eq. for Deep Bins |
| Overpressure Factor, F = | 1.4 | | 1.0 for shallow bins, 1.4 for deep bins |

*Use the spreadsheet on the following pages to calculate Grain Pressures and Wall Loads:*

Static Vertical Pressure at depth Y, $V(Y) = (WR/\mu k)[1-e^{(-\mu kY/R)}]$   for deep bins   <== eq. used

$= WY$   for shallow bins

Static Lateral Pressure at depth Y, $L_s(Y) = kV(Y)$

Dynamic Lateral Pressure at depth Y, $L_d(Y) = FL_s(Y)$

Shear Stress between vertical wall and grain at depth Y, $S_v(Y) = \mu L_d(Y)$

Vertical Wall Load per unit length of bin wall at depth Y, $P_v(Y) = [WY-V(Y)]R$   for deep bins   <==eq. used

$= S_v(Y)*Y/2$   for shallow bins

*Maximum Results from the spreadsheet on the following pages:*

| | | |
|---|---|---|
| Maximum Static Vertical Pressure, $V_{max}$ = | __1650__ | psf |
| Maximum Vertical Wall Load, $P_{v\,max}$ = | __10020__ | plf |
| Maximum Static Lateral Pressure, $Vs_{max}$ = | __825__ | psf |

**KC Engineering, P.C.**

| | | | | | |
|---|---|---|---|---|---|
| Project Name: 30' Diameter Hopper Analysis | | | | Date: | 8/8/2012 |
| Location: Sioux Steel | | | | Project #: | 61165 |
| Subject: Grain Pressures and Wall Loads - 30' Diameter Hopper | | | | Designer: | DJM |

| Depth Y | V(Y) (psf) | Ls (Y) (psf) | Ld (Y) (psf) | Sv (psf) | Pv (plf) |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 55 | 27 | 38 | 14 | 5 |
| 2 | 108 | 54 | 76 | 28 | 20 |
| 3 | 160 | 80 | 112 | 41 | 45 |
| 4 | 211 | 105 | 147 | 55 | 79 |
| 5 | 260 | 130 | 182 | 67 | 123 |
| 6 | 308 | 154 | 216 | 80 | 175 |
| 7 | 356 | 178 | 249 | 92 | 237 |
| 8 | 401 | 201 | 281 | 104 | 307 |
| 9 | 446 | 223 | 312 | 116 | 385 |
| 10 | 490 | 245 | 343 | 127 | 472 |
| 11 | 533 | 266 | 373 | 138 | 567 |
| 12 | 574 | 287 | 402 | 149 | 669 |
| 13 | 615 | 308 | 431 | 159 | 779 |
| 14 | 655 | 327 | 458 | 170 | 896 |
| 15 | 693 | 347 | 485 | 180 | 1021 |
| 16 | 731 | 366 | 512 | 189 | 1153 |
| 17 | 768 | 384 | 538 | 199 | 1292 |
| 18 | 804 | 402 | 563 | 208 | 1437 |
| 19 | 839 | 419 | 587 | 217 | 1589 |
| 20 | 873 | 437 | 611 | 226 | 1747 |
| 21 | 906 | 453 | 634 | 235 | 1912 |
| 22 | 939 | 469 | 657 | 243 | 2083 |
| 23 | 971 | 485 | 679 | 251 | 2259 |
| 24 | 1002 | 501 | 701 | 259 | 2442 |
| 25 | 1032 | 516 | 722 | 267 | 2630 |
| 26 | 1061 | 531 | 743 | 275 | 2823 |
| 27 | 1090 | 545 | 763 | 282 | 3023 |
| 28 | 1118 | 559 | 783 | 290 | 3227 |
| 29 | 1146 | 573 | 802 | 297 | 3436 |
| 30 | 1172 | 586 | 821 | 304 | 3651 |
| 31 | 1198 | 599 | 839 | 310 | 3870 |
| 32 | 1224 | 612 | 857 | 317 | 4094 |
| 33 | 1249 | 624 | 874 | 323 | 4323 |
| 34 | 1273 | 636 | 891 | 330 | 4556 |
| 35 | 1296 | 648 | 907 | 336 | 4794 |
| 36 | 1319 | 660 | 924 | 342 | 5035 |
| 37 | 1342 | 671 | 939 | 348 | 5282 |
| 38 | 1364 | 682 | 955 | 353 | 5532 |

Page 3 of 4

**KC Engineering, P.C.**

| | | | | | | |
|---|---|---|---|---|---|---|
| Project Name: 30' Diameter Hopper Analysis | | | | Date: | 8/8/2012 | |
| Location: Sioux Steel | | | | Project #: | 61165 | |
| Subject: Grain Pressures and Wall Loads - 30' Diameter Hopper | | | | Designer: | DJM | |

| Depth Y | V(Y) (psf) | Ls (Y) (psf) | Ld (Y) (psf) | Sv (psf) | Pv (plf) |
|---|---|---|---|---|---|
| 39 | 1385 | 693 | 970 | 359 | 5786 |
| 40 | 1406 | 703 | 984 | 364 | 6044 |
| 41 | 1426 | 713 | 999 | 369 | 6306 |
| 42 | 1446 | 723 | 1012 | 375 | 6572 |
| 43 | 1466 | 733 | 1026 | 380 | 6842 |
| 44 | 1485 | 742 | 1039 | 385 | 7114 |
| 45 | 1503 | 752 | 1052 | 389 | 7391 |
| 46 | 1521 | 761 | 1065 | 394 | 7671 |
| 47 | 1539 | 769 | 1077 | 399 | 7954 |
| 48 | 1556 | 778 | 1089 | 403 | 8240 |
| 49 | 1572 | 786 | 1101 | 407 | 8529 |
| 50 | 1589 | 794 | 1112 | 411 | 8822 |
| 51 | 1605 | 802 | 1123 | 416 | 9117 |
| 52 | 1620 | 810 | 1134 | 420 | 9415 |
| 53 | 1635 | 818 | 1145 | 424 | 9716 |
| 54 | 1650 | 825 | 1155 | 427 | 10020 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |

**KC Engineering, P.C.**

| | | |
|---|---|---|
| Project Name: 30' Diameter Hopper Analysis | Date: | 8/8/2012 |
| Location: Sioux Steel | Project #: | 61165 |
| Subject: Wind Loads | Designer: | DM |

### *Velocity Pressure on Wall:*

$q_z = 0.00256 * K_z * K_{zt} * K_d * V^2 * I$

| | | |
|---|---|---|
| Velocity Pressure coefficient, $K_z$ : Varies per height | | ASCE Table 6-3 |
| Wind directionality factor, $K_d$: | 0.95 | ASCE Table 6-4 |

### *Design Force on Wall:*

$F = 1.6 * q_z * G * C_f * C_g * A_f$

| | | |
|---|---|---|
| Velocity pressure, $q_z$ : | Found above | See Table Below for calulations |
| Force coefficient, $C_f$ : | 0.712 | Linear interpolation of Figure 6-21 with h/D < 7 |
| Projected Area normal to wind, $A_f$ : | 30 ft² | For 1' increments |

### *Velocity Pressure on Roof Middle:*

$q_h = 0.00256 * K_z * K_{zt} * K_d * V^2 * I$

| | | |
|---|---|---|
| $q_h$ : | 19.2 psf | |
| Mean Roof Height, h: | 55.7 ft | h = Hs + (r*tanθ)/2    where  θ = 30° |
| Velocity Pressure coefficient, $K_z$ : | 1.12 | ASCE Table 6-3 for mean roof height, h |
| Wind directionality factor, $K_d$: | 0.95 | ASCE Table 6-4 |

### *Velocity Pressure on Roof Edges:*

$q_h = 0.00256 * K_z * K_{zt} * K_d * V^2 * I$

| | | |
|---|---|---|
| $q_h$ : | 19.0 psf | |
| Mean Roof Height, h: | 52.7 ft | h = Hs + (r*tanθ)/2    where  θ = 10° |
| Velocity Pressure coefficient, $K_z$ : | 1.11 | ASCE Table 6-3 for mean roof height, h |
| Wind directionality factor, $K_d$: | 0.95 | ASCE Table 6-4 |

## KC Engineering, P.C.

| | | |
|---|---|---|
| Project Name: 30' Diameter Hopper Analysis | Date: | 8/8/2012 |
| Location: Sioux Steel | Project #: | 61165 |
| Subject: Wind Loads | Designer: | DM |

**Design Force on Roof:**

Positive sign corresponds to a force into the bin while a negative sign is a force away from the bin

### Windward Middle

| | | |
|---|---|---|
| Length of Section, $L_{wm}$ : | 17 ft | $L_{wm} = r/\cos\theta$    where $\theta = 30°$ |
| Velocity pressure, $q_h$ : | 19.2 psf | Found above |
| Gust effect factor, G : | 0.85 | ASCE Section 6.5.8.1 - Rigid Structure |
| Force coefficient, $C_p$ : | 0.20 | ASCE Figure 6-6 |
| Projected Area normal to wind, $A_f$ : | 260 ft² | $A_f = 1/2*D*L_{wm}$ |
| Force on windward middle roof, $F_{wm}$ : | 0.8 kips | $F_u = q_z*G*C_p*A_f$ |
| Horizontal Component of Force, $F_{Hwm}$ : | 0.4 kips | FH = 1/2*$F_{wm}$ |
| Vertical Component of Force, $F_{Vwm}$ : | 0.7 kips | FV = (3)^.5/2*$F_{wm}$ |

### Leeward Middle

| | | |
|---|---|---|
| Length of Section, $L_{lm}$ : | 17 ft | $L_{lm} = r/\cos\theta$    where $\theta = 30°$ |
| Velocity pressure, $q_z$ : | 19.2 psf | Found above |
| Gust effect factor, G : | 0.85 | ASCE Section 6.5.8.1 - Rigid Structure |
| Force coefficient, $C_p$ : | -0.60 | ASCE Figure 6-6 |
| Projected Area normal to wind, $A_f$ : | 260 ft² | $A_f = 1/2*D*L_{wm}$ |
| Force on leeward middle roof, $F_{lm}$ : | -2.5 kips | $F_u = q_z*G*C_p*A_f$ |
| Horizontal Component of Force, $F_{Hlm}$ : | -1.3 kips | FH = 1/2*$F_{lm}$ |
| Vertical Component of Force, $F_{Vlm}$ : | -2.2 kips | FV = (3)^.5/2*$F_{lm}$ |

### Windward Edge

| | | |
|---|---|---|
| Length of Section, $L_{we}$ : | 8 ft | $L_{we} = r/\cos\theta$    where $\theta = 10°$ |
| Velocity pressure, $q_z$ : | 19.0 psf | Found above |
| Gust effect factor, G : | 0.85 | ASCE Section 6.5.8.1 - Rigid Structure |
| Force coefficient, $C_p$ : | -0.18 | ASCE Figure 6-6 |
| Projected Area normal to wind, $A_f$ : | 179 ft² | $A_f = ((\pi*r)/4 *L_{we})*2$    x2 for both edges |
| Force on windward middle roof, $F_{we}$ : | -0.5 kips | $F_u = q_z*G*C_p*A_f$ |
| Horizontal Component of Force, $F_{Hwe}$ : | -0.3 kips | FH = 1/2*$F_{we}$ |
| Vertical Component of Force, $F_{Vwe}$ : | -0.5 kips | FV = (3)^.5/2*$F_{we}$ |

### Leeward Edge

| | | |
|---|---|---|
| Length of Section, $L_{le}$ : | 8 ft | $L_{le} = r/\cos\theta$    where $\theta = 10°$ |
| Velocity pressure, $q_z$ : | 19.0 psf | Found above |
| Gust effect factor, G : | 0.85 | ASCE Section 6.5.8.1 - Rigid Structure |
| Force coefficient, $C_p$ : | -0.70 | ASCE Figure 6-6 |
| Projected Area normal to wind, $A_f$ : | 179 ft² | $A_f = (\pi*r)/4 *L_{le}$    x2 for both edges |
| Force on windward middle roof, $F_{le}$ : | -2.0 kips | $F_u = q_z*G*C_p*A_f$ |
| Horizontal Component of Force, $F_{Hle}$ : | -1.0 kips | FH = 1/2*$F_{le}$ |
| Vertical Component of Force, $F_{Vle}$ : | -1.8 kips | FV = (3)^.5/2*$F_{le}$ |

KC Engineering, P.C.

| | | | |
|---|---|---|---|
| Project Name: 30' Diameter Hopper Analysis | | Date: | 8/8/2012 |
| Location: Sioux Steel | | Project #: | 61165 |
| Subject: Wind Loads | | Designer: | DM |

**Postive Moment means clockwise and
Negative Moment mean counter-clockwise

| | | | |
|---|---|---|---|
| Vertical Load from Bridge: | 0.0 kips | | |
| Horizontal Load from Bridge: | 0.0 kips | | |

| | | | |
|---|---|---|---|
| Total Edge Length corner sections, ELc: | 11.8 ft | ELc = (π/4)*r | per section |
| Total Edge Length on middle sections, ELm: | 23.6 ft | ELm =(π*D - 4 *ELc)/2 | per section |

*Windward Middle*

| | | | |
|---|---|---|---|
| Vertical Componet of Force, FVwm : | 0.7 kips | Found Above | |
| Resultant vertical roof force, Vwm : | 0.7 kips | Vwm = DLæ + FVwm | |
| Distance from Centroid, Dvwm : | -7.5 ft | Dvwm = D/4 | |
| Moment: | -5.5 kip-ft | M = Vwm*Dvwm | |

| | | | |
|---|---|---|---|
| Horizontal Componet of Force, HVwm : | 0.4 kips | Found Above | |
| Distance from Centroid, Dhwm : | 55.7 ft | h (mean roof heigh found above) | |
| Moment: | 23.6 kip-ft | M = HVwm*Dhwm | |

*Leeward Middle*

| | | | |
|---|---|---|---|
| Vertical Componet of Force, FVlm : | -2.2 kips | Found Above | |
| Resultant vertical Force, Vlm : | -2.2 kips | Vlm = DLæ + FVlm | |
| Distance from Centroid, Dvlm : | 7.5 ft | Dvlm = D/4 | |
| Moment: | -16.5 kip-ft | M = Vwlm*Dvlm | |

| | | | |
|---|---|---|---|
| Horizontal Componet of Force, HVlm : | -1.3 kips | Found Above | |
| Distance from Centroid, Dvlm : | -55.7 ft | h (mean roof heigh found above) | |
| Moment: | 70.7 kip-ft | M = HVlm*Dhlm | |

**KC Engineering, P.C.**

| | | | | |
|---|---|---|---|---|
| Project Name: 30' Diameter Hopper Analysis | | | Date: | 8/8/2012 |
| Location: Sioux Steel | | | Project #: | 61165 |
| Subject: Wind Loads | | | Designer: | DM |

*Windward Edges*

| | | |
|---|---|---|
| Vertical Componet of Force, $FV_{we}$ : | -0.5 kips | Found Above |
| Resultant Vertical Force, $V_{we}$ : | -0.5 kips | $V_{we} = DL_{xx} + Fv_{we}$ |
| Distance from Centroid, $D_{vwe}$ : | -5 ft | $D_{vwe} = D/6$ |
| Moment: | **2.3** kip-ft | $M = V_{we} * D_{vwe}$ |
| | | |
| Horizontal Componet of Force, $HV_{wm}$ : | -0.3 kips | Found Above |
| Distance from Centroid, $D_{wm}$ : | 52.7 ft | h (mean roof heigh found above) |
| Moment: | **-13.7** kip-ft | $M = HV_{we} * D_{hwe}$ |

*Leeward Edges*

| | | |
|---|---|---|
| Vertical Componet of Force, $FV_{le}$ : | -1.8 kips | Found Above |
| Resultant Vertical Force, $V_{le}$ : | -1.8 kips | $V_{le} = DL_{xx} + Fv_{le}$ |
| Distance from Centroid, $D_{vle}$ : | 5 ft | $D_{vle} = D/6$ |
| Moment: | **-8.8** kip-ft | $M = V_{le} * D_{vle}$ |
| | | |
| Horizontal Componet of Force, $HV_{le}$ : | -1.0 kips | Found Above |
| Distance from Centroid, $D_{vle}$ : | -52.7 ft | h (mean roof heigh found above) |
| Moment: | **53.3** kip-ft | $M = HV_{le} * D_{hle}$ |

| | | |
|---|---|---|
| Total Vertical Force, $V_T$ : | -4 kips | Sum Resultant on Roof and DLwalls : + is Down |
| Total Uplift Force, $U_T$ : | 3.7 kips | If Positive Vertical Force, no uplift on bin |
| | | |
| Total overturning moment, $M_T$ : | 714 kip-ft | Sum of moments |
| | | |
| Tension per Stiffener, $T_u$ : | **0.18** kips | $T_u = U_T/N$ |
| | | $N =$ number of stiffeners |
| Total Shear Force, $V_u$ | 18.7 kips | Sum Horizontal Forces |

# KC Engineering, P.C.

| Project Name: 30' Diameter Hopper Analysis | | Date: | 8/8/2012 |
|---|---|---|---|
| Location: Sioux Steel | | Project #: | 61165 |
| Subject: Wind Loads | | Designer: | DM |

## WIND FORCE ON SIDE WALLS

| Height Z (ft) | $K_z$ | $q_z$ (psf) | F (lbs) | F (kips) | Moment: F*Z (k-ft) |
|---|---|---|---|---|---|
| 0 | 0.85 | 14.55 | 264 | 0.26 | 2.77 |
| 1 | 0.85 | 14.55 | 264 | 0.26 | 3.04 |
| 2 | 0.85 | 14.55 | 264 | 0.26 | 3.30 |
| 3 | 0.85 | 14.55 | 264 | 0.26 | 3.57 |
| 4 | 0.85 | 14.55 | 264 | 0.26 | 3.83 |
| 5 | 0.85 | 14.65 | 266 | 0.27 | 4.12 |
| 6 | 0.87 | 14.84 | 269 | 0.27 | 4.45 |
| 7 | 0.88 | 15.03 | 273 | 0.27 | 4.77 |
| 8 | 0.89 | 15.21 | 276 | 0.28 | 5.11 |
| 9 | 0.90 | 15.37 | 279 | 0.28 | 5.44 |
| 10 | 0.91 | 15.54 | 282 | 0.28 | 5.78 |
| 11 | 0.92 | 15.69 | 285 | 0.28 | 6.12 |
| 12 | 0.92 | 15.84 | 288 | 0.29 | 6.47 |
| 13 | 0.93 | 15.99 | 290 | 0.29 | 6.82 |
| 14 | 0.94 | 16.13 | 293 | 0.29 | 7.17 |
| 15 | 0.95 | 16.27 | 295 | 0.30 | 7.53 |
| 16 | 0.96 | 16.40 | 298 | 0.30 | 7.89 |
| 17 | 0.96 | 16.53 | 300 | 0.30 | 8.25 |
| 18 | 0.97 | 16.65 | 302 | 0.30 | 8.62 |
| 19 | 0.98 | 16.77 | 304 | 0.30 | 8.98 |
| 20 | 0.99 | 16.89 | 307 | 0.31 | 9.35 |
| 21 | 0.99 | 17.01 | 309 | 0.31 | 9.73 |
| 22 | 1.00 | 17.12 | 311 | 0.31 | 10.10 |
| 23 | 1.01 | 17.23 | 313 | 0.31 | 10.48 |
| 24 | 1.01 | 17.34 | 315 | 0.31 | 10.86 |
| 25 | 1.02 | 17.44 | 317 | 0.32 | 11.24 |
| 26 | 1.02 | 17.54 | 318 | 0.32 | 11.62 |
| 27 | 1.03 | 17.64 | 320 | 0.32 | 12.01 |
| 28 | 1.04 | 17.74 | 322 | 0.32 | 12.40 |
| 29 | 1.04 | 17.84 | 324 | 0.32 | 12.79 |
| 30 | 1.05 | 17.93 | 326 | 0.33 | 13.18 |
| 31 | 1.05 | 18.02 | 327 | 0.33 | 13.58 |
| 32 | 1.06 | 18.11 | 329 | 0.33 | 13.98 |
| 33 | 1.06 | 18.20 | 330 | 0.33 | 14.37 |
| 34 | 1.07 | 18.29 | 332 | 0.33 | 14.78 |
| 35 | 1.07 | 18.38 | 334 | 0.33 | 15.18 |
| 36 | 1.08 | 18.46 | 335 | 0.34 | 15.58 |
| 37 | 1.08 | 18.54 | 337 | 0.34 | 15.99 |

| | | | | | |
|---|---|---|---|---|---|
| 38 | 1.09 | 18.63 | 338 | 0.34 | **16.40** |
| 39 | 1.09 | 18.71 | 340 | 0.34 | **16.81** |
| 40 | 1.10 | 18.78 | 341 | 0.34 | **17.22** |
| 41 | 1.10 | 18.86 | 342 | 0.34 | **17.63** |
| 42 | 1.11 | 18.94 | 344 | 0.34 | **18.05** |
| 43 | 1.11 | 19.01 | 345 | 0.35 | **18.47** |
| 44 | 1.11 | 19.09 | 347 | 0.35 | **18.88** |
| 45 | 1.12 | 19.16 | 348 | 0.35 | **19.30** |
| 46 | 1.12 | 19.23 | 349 | 0.35 | **19.73** |
| 47 | 1.13 | 19.31 | 350 | 0.35 | **20.15** |
| 48 | 1.13 | 19.38 | 352 | 0.35 | **20.57** |
| 49 | 1.13 | 19.44 | 353 | 0.35 | **21.00** |
| 50 | 1.14 | 19.51 | 354 | 0.35 | **21.43** |
| 51 | 1.14 | 19.58 | 355 | 0.36 | **21.86** |

KC Engineering, P.C.

| Project Name: 30' Diameter Hopper Analysis | | Date: | 8/8/2012 |
|---|---|---|---|
| Location: Sioux Steel | | Project #: | 61165 |
| Subject: Wind Loads | | Designer: | DM |



Cf = +0.7

**KC Engineering, P.C.**

| | | | |
|---|---|---|---|
| Project Name: 30' Diameter Hopper Analysis | | Date: | 8/8/2012 |
| Location: Sioux Steel | | Project #: | 61165 |
| Subject: Wind Loads | | Designer: | DM |

External Pressure Coefficients, $C_p$



| KC ENGINEERING CO. | PROJECT NAME: 30' Φ Hopper Analysis | PAGE 1 OF 2 | DATE: 8/13/17 |
|---|---|---|---|
| 4300 So. Lakeport, Suite 205<br>Sioux City, IA 51106<br>(712) 252-2100<br>Fax  252-0346 | LOCATION: Sioux Steel | PROJECT #: 61165 | |
| | SUBJECT: Column Code Check | DESIGNER: DM | |

$W8 \times 28$ :    $A = 8.25$ in$^2$

$r_x = 3.45$ in

$r_y = 1.62$ in

• Compressive Strength

$$\frac{KL_x}{r_x} = \frac{1.0(17 \times 12)}{3.45} = 59.13$$

$$\frac{KL_y}{r_y} = \frac{1.0(8 \times 12)}{1.62} = 59.26 \leftarrow Controls$$

$$F_e = \frac{\pi^2 E}{\left(\frac{KL}{r}\right)^2} = 81.50$$

$$F_{cr} = \left[.658^{F_y/F_c}\right] F_y = \left[.658^{50/81.5}\right]50 = 38.68 \text{ Ksi}$$

$$P_n = F_{cr} A_g = 38.68^{Ksi}(8.25 \text{ in}^2) = 319.11^{Kip}$$

$$\frac{P_n}{\Omega_c} = 191.1 \text{ Kips}$$

• Moment Capacity

$$\frac{M_n}{\Omega_b} = 99'^{-k} \quad (Table \ 3-10) \quad w/ \quad L_{bz} = 17 ft$$

| KC ENGINEERING CO.<br>4300 So. Lakeport, Suite 205<br>Sioux City, IA 51106<br>(712) 252-2100<br>Fax  252-0346 | PROJECT NAME: 30' Ø Hopper Analysis | PAGE 2 OF 2 | DATE: 8/13/12 |
|---|---|---|---|
| | LOCATION: Sioux Steel | PROJECT #: 61165 | |
| | SUBJECT: Column Code Check | DESIGNER: DM | |

$$\frac{P_r}{P_c} + \frac{8}{9}\left(\frac{M_{rx}}{M_{cx}}\right)$$

$$P_r = 157.34 \text{ kips}$$

$$M_{rx} = 30.05 \text{ '-k}$$

$$\frac{157.34}{191.1} + \frac{8}{9}\left(\frac{30.05}{49}\right) = \underline{\underline{1.37}}$$

Not OK

PLF Page 21

| KC ENGINEERING CO. 4300 So. Lakeport, Suite 205 Sioux City, IA 51106 (712) 252-2100 Fax   252-0346 | PROJECT NAME: 30' ∅ Hopper Analysis | PAGE 1 OF 3 | DATE: 8/13/12 |
|---|---|---|---|
| | LOCATION: Sioux Steel | PROJECT #: 61165 | |
| | SUBJECT: Hopper Panel Connection | DESIGNER: DM | |



Panel : 10 Ga, 50 Ksi

$F_g = 40.13 \frac{k}{ft}$   (RISA LC #2)

$T_u = 40.13 \frac{k}{ft} \left( \frac{28.656"}{12} \right)$

= 95.83 kips

※ <u>Gross Section Yield</u>

$R_n = F_y A_g$   (J4-1)   where $\Omega_t = 1.67$.

$\dfrac{P_n}{\Omega_t} = \dfrac{F_y A_g}{\Omega_t} = \dfrac{50(28.656" \times .1345")}{1.67}$ = <u>115.4 kips</u>

※ <u>Net Section Fracture</u>

$R_n = F_u A_e$   (J4-2)   where $\Omega_t = 2.00$.

$A_e = U A_n$

$U = 1.0$   (Table D3.1)

$A_n = A_g - \Sigma A_n + \Sigma \dfrac{s^2}{4g} t$

= 3.854 in² - 14(.438 + 1/16)(.1345") = 2.912 in²

$\dfrac{R_n}{\Omega_t} = \dfrac{65(1 \times 2.912)}{2.00}$ = <u>94.64 kips</u> ← Controls

| KC ENGINEERING CO.<br>4300 So. Lakeport, Suite 205<br>Sioux City, IA 51106<br>(712) 252-2100<br>Fax 252-0346 | PROJECT NAME: 30' φ Hopper Analysis | PAGE 2 OF 3 | DATE: 8/13/12 |
|---|---|---|---|
| | LOCATION: Sioux Steel | PROJECT #: 61165 | |
| | SUBJECT: Hopper Panel Connection | DESIGNER: DM | |

\* <u>Block Shear</u>

$$R_n = 0.6 F_u A_{nv} + U_{bs} F_u A_{nt} \leq 0.6 F_y A_{gv} + U_{bs} F_u A_{nt} \quad (J\;4\text{-}5)$$

$$\text{where } \Omega = 2.00$$

° <u>1 Rows</u>

$$A_{gv} = 14 (1.0")(.1345") = 1.883 \text{ in}^2$$

$$A_{nv} = 14 [1.0" - .5(.438 + 1/16)](.1345") = 1.412 \text{ in}^2$$

$$A_{nt} = 14 [1.0' - 0.5(0.438 + 1/16)](.1345") = 1.412 \text{ in}^2$$

$$R_n = 0.6(65)(1.412) + 1.0(65)(1.412) = 146.8^K$$

$$\leq 0.6(50)(1.883) + 1.0(65)(1.412) = 148.3^K$$

° <u>2 Rows</u>

$$A_{gv} = 14(3")(.1345") = 5.649 \text{ in}^2$$

$$A_{nv} = 14 [3.0" - 1.5(.438 + 1/16)](.1345") = 4.235 \text{ in}^2$$

$$A_{nt} = 14 [1.0" - 0.5(.438 + 1/16)](.1345") = 1.412 \text{ in}^2$$

$$R_n = 0.6(65)(4.235) + 1.0(65)(1.412) = 256.9^K$$

$$\leq 0.6(50)(5.649) + 1.0(65)(1.412) = 261.3^K$$

| KC ENGINEERING CO.
4300 So. Lakeport, Suite 205
Sioux City, IA 51106
(712) 252-2100
Fax  252-0346 | PROJECT NAME: 30' Ø Hopper Analysis | PAGE 3 OF 3 | DATE: 8/13/12 |
|---|---|---|---|
| | LOCATION: Sioux Steel | PROJECT #: 61165 | |
| | SUBJECT: Hopper Panel Connection | DESIGNER: DM | |

• **3 Rows**

$$A_{gv} = 14(5") (.1345") = 9.415 \text{ in}^2$$

$$A_{nv} = 14[5" - 2.5(.438" + \tfrac{1}{16})](.1345") = 7.059 \text{ in}^2$$

$$A_{nt} = 14[1.0" - 0.5(0.438 + \tfrac{1}{16})](.1345") = 1.412 \text{ in}^2$$

$$R_n = 0.6(65)(7.059) + 1.0(65)(1.412) = 367.081^K$$

$$\leq 0.6(50)(9.415) + 1.0(65)(1.412) = 374.23^K$$

→ Compare Rows

1. $\Sigma \gamma_i Q_i \leq \dfrac{R_n}{\Omega}$

   $T_u \leq \dfrac{R_n}{\Omega}$

   $\dfrac{R_n}{\Omega} = 14\left(\dfrac{P_u}{42}\right) - T_u$

   $T_u = (\tfrac{1}{3}) P_u \leq \dfrac{R_n}{\Omega}$

   $P_u = 3/1 \left(\dfrac{R_n}{\Omega}\right)$

   $P_u = 3\left(\dfrac{146.8}{2}\right)$

   $= 220.2^{Kips}$

2. $\Sigma \gamma_i Q_i \leq \dfrac{R_n}{\Omega}$

   $T_u \leq \dfrac{R_n}{\Omega}$

   $\dfrac{R_n}{\Omega} = 28\left(\dfrac{P_u}{42}\right) - T_u$

   $T_u = \tfrac{2}{3} P_u \leq \dfrac{R_n}{\Omega}$

   $P_u = 3/2 \left(\dfrac{R_n}{\Omega}\right)$

   $P_u = 3/2 \left(\dfrac{256.9}{2}\right)$

   $= 192.6^{kips}$

3. $\Sigma \gamma_i Q_i = \dfrac{R_n}{\Omega}$

   $T_u \leq \dfrac{R_n}{\Omega}$

   $P_u = \dfrac{367.0^K}{2}$

   $= \underline{183.5^{Kips}}$

∴ NSF Controls                    <u>OK</u>

$$\dfrac{R_n}{\Omega} = 94.6^{Kips} \approx T_u = 95.3^{Kips}$$

$$\dfrac{95.3}{94.6} = 1.007 \rightarrow 0.7\% \quad \boxed{\text{Less than } 2\% \text{ therefore } \cancel{OK}} \quad \text{LF 30 Page 24}$$

| KC ENGINEERING CO.<br>4300 So. Lakeport, Suite 205<br>Sioux City, IA 51106<br>(712) 252-2100<br>Fax  252-0346 | PROJECT NAME: 30' Φ Hopper Analysis | PAGE 1 OF 1 | DATE: 8/13/1 |
|---|---|---|---|
| | LOCATION: Sioux Steel | PROJECT #: 6165 | |
| | SUBJECT: Hopper Forces Results | DESIGNER: DM | |

\* Maximum Hopper Stress (LC #2)

$$\sigma_{max} = 28,851 \text{ Ksi} \quad @ \quad 1'-6'' \text{ below top of hopper}$$

$$\sigma_{Allowable} = \frac{\sigma_Y}{\Omega} = \frac{50 \text{ Ksi}}{1.67} = 29.94 \text{ Ksi} \quad > \quad \sigma_{max}$$

OK

\* Maximum Base Reactions

• Max Reaction = 157.3 Kips   (LC #2)

• Max Uplift = -4.8 Kips   (LC #10)

• Max Base Shear = 2.17   (LC #7)

| KC ENGINEERING CO. 4300 So. Lakeport, Suite 205 Sioux City, IA 51106 (712) 252-2100 Fax   252-0346 | PROJECT NAME: 30' ⌀ Hopper Analysis | PAGE 1 OF 1 | DATE: 8/13/12 |
|---|---|---|---|
| | LOCATION: Sioux Steel | PROJECT #: 61165 | |
| | SUBJECT: Comp. Ring Weldment Connection | DESIGNER: DM | |

$M_z$ of Column $= 30^{'-k}$



0.688" ⌀ Holes



9.6"

✳ <u>Loading</u>

$T = 30^{k-ft}$

$M = V_1\left(\dfrac{H}{2}\right) + V_2\left(\dfrac{H}{2}\right) \qquad where \quad V_1 = V_2$

$30^{k-ft} = V\left(\dfrac{4.8"}{24}\right) + V\left(\dfrac{4.8"}{24}\right)$

$V = 75^{Kips}$ $\qquad\qquad V_1 = 37.5^{k}$

$\qquad\qquad\qquad\qquad\qquad V_2 = 37.5^{k}$

$V_u = 6.25^{k}/Bolt$

✳ <u>Bolt Shear</u>

→ If A325 w/ Threads Included Bolts (5/8" ⌀)

$\dfrac{r_n}{\Omega} = 8.29 \dfrac{k}{Bolt} \quad > \quad V_u$

<u>OK</u>

✳ <u>Bearing</u>

→ STD 5/8" ⌀

$\dfrac{r_n}{\Omega} = 34.1 \dfrac{k}{in}$ <u>OK</u>

$= 34.1 \dfrac{k}{in}\left(\dfrac{5}{16}"\right) = 10.6 \; Kips \; > \; V_u$

PLF 32  Page 26