# EXHIBIT E



# KC ENGINEERING, P.C.
**4300 S. LAKEPORT**
**SIOUX CITY, IOWA 51106**

DATE:   October 2, 2012

TO:     Mr. Chad Kramer
        Sioux Steel Company
        196 ½ E 6th Street
        Sioux Falls, SD 57101

RE:     **ADDENDUM LETTER #1** - Engineering Analysis and Design Review of 18' Diameter and 30' Diameter Hopper Cone Assemblies

Dear Mr. Kramer,

In accordance with our conversation on 9/28/2012, we have revised the column load calculations for the 30' Diameter Hopper. The initial hopper columns load calculations in our report dated 8/28/2012 took into account the bin stiffener loads, which are a function of the grain supported by friction on the bin walls, and the hopper loads, which are a function of the total grain in the bin. This approach is slightly conservative for the design of the columns as some of the bin stiffener load is counted twice.

The attached pages show separate column load calculations, without the double counting. With these new calculations, the columns for the 30' Diameter Hopper, as currently detailed, **are adequate**.

If you have any questions regarding this analysis, please contact me at (712) 252-2100.

Respectfully submitted,                                     Reviewed by:

*Derek Matthies*                                            *J. O'Mara*

Derek Matthies, EI                                          Jason P. O'Mara
KC Engineering, P.C.                                        Vice President
                                                            KC Engineering, P.C.



| | | |
|---|---|---|
| KC ENGINEERING CO.<br>4300 So. Lakeport, Suite 205<br>Sioux City, IA 51106<br>(712) 252-2100<br>Fax 252-0946 | PROJECT NAME: 30' Ø Hopper Analysis | PAGE 1 OF 1   DATE: 10/1/12 |
| | LOCATION: Sioux Steel | PROJECT #: 61165 |
| | SUBJECT: Column Loads | DESIGNER: DM |

• Loads

Dead Load: $3.1^k$/column     ($1.91^k$ for Bin, $1.19^k$ for Hopper)

Live Load: Grain = $55.3 \frac{lb}{ft^3}$

1. Bin Top → $\frac{1}{3}\pi r^2 h \gamma_g = \frac{1}{3}\pi 15^2 (6.4)(55.3)/1000 = 83.4^k$

2. Bin → $\pi r^2 h \gamma_g = \pi 15^2 (51.3)(55.3)/1000 = 2005.3^k$

3. Hopper → $\frac{1}{3}\pi r^2 h \gamma_g = \frac{1}{3}\pi 15^2 (15)(55.3)/1000 = 195.5^k$

$$\text{Total} = 2284.2^k / 20 = 114.2^k/\text{column}$$

• Load Combination

LC # 2 : DL + LL     *Note: Capacities from previous calculations

$P = 117.3^k$

$M = 17.0^{k\cdot ft}$

$$\frac{117.3^k}{191.1} + \frac{8}{9}\left(\frac{17.0}{49}\right) = 0.92 < 1.0$$

<u>OK</u>