# EXHIBIT F

*Sioux Steel Company v.*
*KC Engineering, P.C.*

Chad Kramer, PE
September 29, 2016



*Audrey M. Barbush, RPR*
*audrey@paramountreporting.com*
*605.321.3539*



**Min-U-Script® with Word Index**

Sioux Steel Company v.  
KC Engineering, P.C.  
Chad Kramer, PE  
September 29, 2016

Page 37

1  A  We don't have that software, no.
2  Q  So when you did your design, you didn't have the
3     benefit of the RISA model?
4  A  No.
5  Q  Within the scope -- or below the scope, KC Engineering
6     lists out some standards that they are going to use or
7     reference in their review.
8        Did you have any concern at the time in July of
9     2012 about any of those particular references or
10    standards?
11 A  No.
12 Q  In fact, if I remember correctly, they're probably some
13    of the same that you already told me that you were
14    using when you did your design?
15 A  Yes.
16 Q  As you sit here today, do you have any problem with
17    those four referenced standards?
18 A  I do not.
19 Q  And maybe I already asked this -- and if I did forgive
20    me -- but you told me that no calculations were sent to
21    KC Engineering, correct?
22 A  Correct.
23 Q  And why was that? Why were no calculations sent to
24    KC Engineering?
25       MR. GOODSELL: I'm going to object to the

Page 38

1     question. It's been asked and answered.
2        You can go ahead.
3        THE WITNESS: I don't know why the calculations
4     weren't sent. They weren't asked for. We weren't
5     asked to provide calculations.
6        (Exhibit 8 is marked for identification.)
7  BY MR. TOBIN:
8  Q  Chad, I'm going to hand you what's been marked as
9     Exhibit 8, and Exhibit 8 is another weekly engineering
10    report from you to Chris Nelson, correct?
11 A  Yes.
12 Q  And this one is from August 10 of 2012?
13 A  Yes.
14 Q  On the second page under the hopper bins you note that
15    KC Engineering is in the process of their design
16    review?
17 A  Yes.
18 Q  And then you note some work that's being done, and I
19    just want to have a quick discussion about that.
20       The first name you reference is Gary. Who is
21    Gary?
22 A  Gary is a designer or drafter.
23 Q  Was he at this time a Sioux Steel employee?
24 A  Yes.
25 Q  And then the next name is Tim?

Page 39

1  A  Yes.
2  Q  Who is Tim?
3  A  Tim is an R&D lab technician.
4  Q  At that time was Tim a Sioux Steel employee?
5  A  Yes.
6  Q  And then the other name is Chuck. Who is Chuck?
7  A  Chuck is part of operations and does bills of
8     materials.
9  Q  And obviously he would have been a Sioux Steel employee
10    at the time as well?
11 A  Yes.
12 Q  Are those three gentlemen still with Sioux Steel today?
13 A  Yes.
14 Q  Did any -- from previous answers I think I know that
15    the answer is no, but those gentlemen would not have
16    played any role in the design -- in your design of the
17    hopper bin at issue?
18 A  No.
19 Q  It appears to me from these engineering reports that in
20    the summer of 2012 -- and now we're into August per
21    this engineering report -- that Sioux Steel is going
22    forward with the actual manufacture of these hopper
23    bins. Is that accurate?
24 A  We are preparing for the manufacture of the hopper
25    bins, yes.

Page 40

1  Q  What do you mean by you're preparing for the
2     manufacture of the hopper bins?
3  A  Creating weld fixtures for operations to use.
4  Q  To your knowledge had any bins -- exemplar bins of any
5     type been manufactured and produced during -- by or in
6     August of 2012?
7  A  I'm sorry. What type of bins?
8  Q  The hopper bins at issue, any sort of exemplar or any
9     other type of hopper bins, had any been produced?
10 A  No.
11 Q  I guess what I'm driving at is -- and see if you agree
12    with this or not: Sioux Steel was going forward with
13    the manufacture of these bins and almost were not
14    waiting necessarily for what KC Engineering has to say?
15 A  We were going down parallel paths of being prepared to
16    manufacture.
17       (Exhibit 9 is marked for identification.)
18       MR. TOBIN: Why don't we take a short break if
19    that's okay.
20       MR. GOODSELL: Sure.
21       (Recess taken from 9:59 a.m. to 10:14 a.m.)
22 BY MR. TOBIN:
23 Q  Before we turn to Exhibit 9, I just want to circle back
24    to a few issues.
25       The calculations. We were discussing