# EXHIBIT G

*Sioux Steel Company v.*
*KC Engineering, P.C.*

Derek Matthies, PE
February 27, 2017



*Audrey M. Barbush, RPR*
*audrey@paramountreporting.com*
*605.321.3539*



**Min-U-Script® with Word Index**

Page 61

1  or non-free-flowing?
2  A  Yes.
3  Q  Correct?
4  A  Correct.
5  Q  Now, if a hopper cannot be designed to tolerate the
6     pressures of reasonable, foreseeable uses, then the
7     risk of failure must be guarded to prevent injury to
8     workers; is that correct?
9        MR. TOBIN: Object to the form of the question.
10       You can answer if you can.
11       THE WITNESS: I guess I don't understand the --
12 BY MR. GOODSELL:
13 Q  Okay. If a hopper cannot be designed to tolerate the
14    pressures of reasonable, foreseeable uses, then the
15    risk of failure must be guarded to prevent injury to
16    workers?
17       MR. TOBIN: Same objection.
18       THE WITNESS: I would say, yes, the hopper needs
19    to be designed for worst-case scenario.
20 BY MR. GOODSELL:
21 Q  Now, if the designed hopper is subject to foreseeable
22    misuse or is limited to specific designated uses, then
23    the design reviewer must warn the client of the
24    limitations?
25       MR. TOBIN: Same objection.

Page 62

1        THE WITNESS: Yes.
2  BY MR. GOODSELL:
3  Q  Safety determines design, correct?
4  A  Correct.
5  Q  An engineer has a duty to focus primarily on safety,
6     correct?
7  A  Correct.
8  Q  An engineer's primary focus is safety regardless of
9     pressure that may come from a client, correct?
10 A  Correct.
11 Q  A grain bin hopper is a generic term used in the
12    industry to describe steel bins for storage and
13    handling of agricultural commodities?
14 A  I would agree with that, yeah.
15 Q  It's the duty of a licensed professional engineer to
16    warn his client if potential uses or misuses can cause
17    a structure to fail?
18 A  Yes.
19 Q  And I want to talk to you a little bit about some
20    terms. The term engineering document, that includes
21    all reports if the preparation requires the practice of
22    engineering. Would that be an accurate description of
23    engineering documents?
24 A  Yes.
25 Q  And KC's report to Sioux Steel, Exhibit 9 and 19, is an

Page 63

1     engineering document prepared for KC's client, correct?
2  A  Yes.
3  Q  The term "in responsible charge" means having direct
4     control of and personal supervision over any work
5     involving the practice of engineering, correct?
6  A  Yes.
7  Q  A licensed professional engineer submitting a report,
8     an engineering document, on a structural engineering
9     design review of drawings and specifications cannot
10    rely upon the work of the client; is that correct?
11 A  I guess, could you say that again?
12 Q  A licensed professional engineer submitting a report on
13    a structural engineering design review of drawings with
14    specifications cannot rely upon the work of the client?
15 A  You would do your own review, yes.
16 Q  Right. And as a licensed professional, you're required
17    to do your own review, correct?
18 A  Yes.
19 Q  You can't adopt somebody else's work and say, "This is
20    my report"?
21 A  Right.
22 Q  Now, does Iowa require an engineering document that's
23    submitted to a client to contain a certification block
24    for a seal by the licensed professional engineer in
25    charge?

Page 64

1  A  If it's submitted in Iowa.
2  Q  And what about a submittal in South Dakota?
3  A  If it's for the state of South Dakota, if you're going
4     to stamp documents that are going to be billed in
5     South Dakota for South Dakota. It depends which review
6     board will be reviewing the drawings.
7  Q  So it's your understanding that an engineering document
8     that goes to a client in South Dakota as a report, such
9     as what you have in Exhibit 9 and 19, does not have to
10    be under seal?
11 A  It would be -- that's how I would put it, because it
12    could be sold in other states in which case those --
13    the stamp would have to correspond with each state.
14 Q  Is that under South Dakota or Iowa then or both?
15 A  I guess I'm confused of the question.
16 Q  Perhaps I'm confused on the answer. Is it your answer
17    that if it's under seal, it has to meet --
18 A  The code requirements of that specific jurisdiction.
19 Q  Which would be South Dakota or Iowa, one or the other,
20    right, here?
21 A  Well, see, normally it's like buildings, building being
22    built in Iowa, you stamp it and that jurisdiction
23    reviews it.
24 Q  Correct.
25 A  But if this is going to be sold in Texas, then it might