# EXHIBIT J

*Sioux Steel Company v.*
*KC Engineering, P.C.*

John W. Carson, Ph.D.
October 27, 2017



*Audrey M. Barbush, RPR*
*audrey@paramountreporting.com*
*605.321.3539*



**Min-U-Script® with Word Index**

Sioux Steel Company v.
KC Engineering, P.C.

John W. Carson, Ph.D.
October 27, 2017

Page 5

```
 1              EXAMINATION
 2  BY MR. GOODSELL:
 3  Q   Thank you.
 4          Mr. Carson, my name is Verne Goodsell, and I've
 5      invited you here today to help me understand your
 6      reports. And you've issued a report in this case; is
 7      that correct?
 8  A   Actually, two. Two, sir.
 9  Q   And I have those two reports marked as Exhibits 28 and
10      29, and they're in front of you, correct?
11  A   Yes.
12  Q   And those two exhibits are the reports that you have
13      issued in this case?
14  A   Yes.
15  Q   Okay. And before we move into talking about the
16      reports, I want to just chat with you a little bit
17      about some of the areas of expertise that you have as
18      it relates to this case.
19  A   Okay.
20  Q   And the first is, is I understand that you're a
21      licensed professional engineer?
22  A   That's not true, no.
23  Q   Okay. And tell me what is correct then.
24  A   I'm not a licensed professional engineer.
25  Q   Okay. And do you have an engineering education?
```

Page 6

```
 1  A   I do.
 2  Q   And have you ever been a licensed professional
 3      engineer?
 4  A   No.
 5  Q   And then I can take it that you, then, have not -- as
 6      not being a licensed professional engineer, is that one
 7      of your areas of expertise is not going to be in the
 8      area of structural analysis and structural design?
 9  A   That's correct.
10  Q   And in looking at in terms of your expertise, then,
11      would I be correct to assume that falls more in the
12      area of material flowing?
13  A   That's part of my area of expertise.
14  Q   Okay. And is that how you're approaching this case in
15      terms of the material propensity and the flow of
16      materials?
17  A   That's part of my area, yes.
18  Q   Okay. What other areas of expertise would you have
19      that you're going to apply to this case and have
20      discussed in Exhibits 28 and 29?
21  A   The loads that bulk materials exert on storage
22      structures.
23  Q   Okay. And have I wrote that down -- the load of bulk
24      material on storage structures; is that correct?
25  A   The loads, plural, that bulk materials exert on storage
```

Page 7

```
 1      structures, yes.
 2  Q   Okay. Any other areas of expertise that would apply to
 3      the opinions that you set forth in Exhibits 28 and 29?
 4  A   Could I just look through my report --
 5  Q   Absolutely.
 6  A   -- briefly and refresh my memory?
 7         (Witness examines document.)
 8         Well, there are topics related to the two that we
 9      just discussed, such as the codes that are -- have been
10      published and -- that relate to the loads exerted on
11      storage structures. That's really a subset of what I
12      just mentioned a moment ago.
13  Q   Okay. Anything -- what else?
14  A   I have done extensive work over the years and have
15      published extensively on the issues of failure of
16      storage structures, structural failure of storage
17      structures, analyzing the cause of failures. I've
18      testified on this issue in litigation.
19  Q   Okay.
20  A   Related to flow are issues of how materials should be
21      stored and handled, issues such as recirculation, the
22      need for doing so, the use of flow aids, such as air
23      cannons, the pressures that air cannons exert on
24      materials and on storage structures. Related to flow
25      is the issue of caking --
```

Page 8

```
 1  Q   Excuse me. Issue of what?
 2  A   Caking.
 3  Q   Caking?
 4  A   -- of bulk solids. Moisture migration and how that
 5      affects the propensity of materials to cake. I think
 6      that's a reasonable summation of my areas.
 7  Q   Okay. And then just so I can kind of follow up with,
 8      we're talking about the loading that bulk materials
 9      exert on storage structures, and then we're talking
10      about the failure of storage structures and the cause
11      of the failure.
12  A   Yes.
13  Q   And then we're talking about flow, which includes
14      storage, flow aids, caking, and moisture content?
15  A   Moisture content as well as moisture migration.
16  Q   Okay. And can I assume, then, because you're not a
17      licensed professional engineer, that you do not have
18      any training in terms of accident reconstruction?
19  A   I don't have any formal training in terms of accident
20      reconstruction, but I have certainly been involved in
21      numerous instances of looking at failure of storage
22      structures and determining the cause of failure.
23  Q   Right. And I want to distinguish between the
24      investigation that has a cause of failure versus
25      reconstructing what occurred before the failure.
```

Page 21

1   with EP 433? Would that be a fair statement?
2  A I don't know whether it's fair or not. There's no
3   indication here that that's the case.
4  Q If the plans were compliant with EP 433, would I
5   interpret this document from your engineer that the
6   loading calculations done under EP 433 are not
7   sufficient for your firm in terms of loading being much
8   higher than that?
9  A I don't know. Unfortunately, this is all of the
10   information that we have in our files about this --
11   about this interchange, and the individual, Mr. Petro,
12   listed at the top as the project development engineer,
13   Gregory Petro, passed away a couple of years ago. And
14   so I have no way of knowing beyond what's here what
15   information he was given.
16     Whenever we are approached by a potential client
17   and given information, if it looks like there's no
18   likelihood that that will result in our writing a
19   proposal or doing a project, then we just simply don't
20   save that information any longer.
21     So I don't know, to answer your question.
22  Q And I'm not being critical of the information that was
23   or wasn't saved or how it was saved. Is that what I'm
24   observing here is the opinion of your engineer that
25   your loading, i.e., your company's loading, is much

Page 22

1   higher compared to what Sioux Steel calculates. That's
2   what it says, correct?
3  A That's what it says, yes.
4  Q And this would then be the loading, material loading
5   inside the structure, correct?
6  A The loading of the -- that the material exerts on the
7   structure, yes.
8  Q And if the plans submitted by Sioux Steel to your
9   company were in compliance with 4 -- EP 433, then your
10   engineer is telling the Sioux Steel engineer that your
11   loading is much higher for your firm than what Sioux
12   Steel calculates?
13  A That certainly is potentially the case, yes, and
14   probably that's a likely conclusion. But, again, I
15   don't know anything more than what's here. So...
16  Q Okay. And I understand that. Now, this is a
17   document -- 30 was the first time your firm was
18   involved in anything with Sioux Steel. Would that be
19   correct?
20  A That's correct. The first time we had had any contact
21   with Sioux Steel, to my knowledge.
22  Q Is it your opinion that EP 433 is not the appropriate
23   standard for loading of grain and materials that have a
24   bulk density of 55.3?
25  A I wouldn't categorically say that, no. It depends on

Page 23

1   the properties of the grain as to whether EP 433 is
2   appropriate, as I've stated in my Exhibit 28 opinions.
3  Q Are there any other U.S. standards that are recognized
4   for steel storage bins other than ANSI and ASAE EP 433?
5  A That is the only current U.S. standard.
6  Q Now, the bin in question that failed, the upper section
7   of the hopper was not in accordance with EP 433 or for
8   the Manual for Steel Construction. Is that a fair
9   statement?
10  A Could you be more specific when you talk about the
11   upper portion?
12  Q Yeah, upper portion of the hopper. I think it consists
13   of 80 panels, and it is the portion that would go into
14   the ring right below the top of the bin.
15  A And your question is whether it was in accordance with
16   EP 433 and standards, AI -- AISC standards?
17  Q Correct.
18  A Well, first of all, EP 4 -- as I've stated in my
19   report, EP 433 is not applicable to the design of this
20   bin. So to say whether it was in accordance with or
21   not is, in my mind, immaterial.
22  Q And I understand that, and I'm not arguing with you on
23   that. I just want to set the ground rules, though,
24   that it doesn't comply with EP 433 or AISI, the steel
25   construction manual.

Page 24

1  A The design of the upper portion of the hopper of this
2   bin does not include the appropriate safety factors in
3   accordance with AISI using the loads from EP 433.
4  Q Okay. Now, let's pursue, then, is that it's your
5   opinion that EP 433 -- and I'm going to just use that
6   for short rather than going through all the
7   nomenclature on it -- doesn't apply to materials that
8   potentially become nonflowing?
9  A The term, sir, is non-free-flowing.
10  Q And I think in your report you talked about the
11   potential to become non-free-flowing, correct?
12  A That's correct.
13  Q Now, is there anything in EP 433, or any subsequent
14   comments to EP 433, that would caution an engineer that
15   it doesn't apply to materials that had the potential to
16   become non-free-flowing?
17  A Certainly.
18  Q And where do you find that in EP 433?
19  A Right in the title, to begin with. It says for
20   free-flowing material. And then there's other
21   statements which I've summarized in my report that
22   elaborate on that issue.
23  Q Okay. Now, it also talks about free-flowing grain,
24   specifically wheat, because wheat has the heaviest bulk
25   density of the common grains; is that correct?

Page 25

1  A   I believe that's true, yes.
2  Q   It also talks about granular fertilizer, doesn't it?
3  A   I don't recall off the top of my head.
4  Q   Okay. Well --
5  A   I don't have that --
6  Q   I understand.
7  A   I don't have that standard recorded --
8  Q   And --
9  A   -- in my memory, but if you can provide me a copy, I'd
10     be happy to confirm that.
11 Q   Well, I may or may not be able to. Let me see if I've
12     got that handy.
13         I'm going to hand you what's been marked
14     previously Exhibit 26.
15         MR. GOODSELL: And for the record, I'll state on
16     that exhibit that the yellow highlighting is material I
17     put on there, Counsel.
18         MR. TOBIN: Understood.
19 BY MR. GOODSELL:
20 Q   Is that if we look at Exhibit 26, Mr. Carson, we talk
21     about loads due to bulk grains and fertilizer, correct?
22     First sentence.
23 A   You've only read part of it, sir. It was developed by
24     the ASAE Loads Due to Bulk Grains and Fertilizers
25     Subcommittee of the Structures Group.

Page 26

1      So this was the subcommittee that developed this.
2      It doesn't say that this standard applies to
3      fertilizers. Indeed the title says free-flowing grain.
4      It doesn't mention fertilizer.
5  Q   What is the position of the subcommittee, then, in
6      terms of fertilizers?
7  A   Well, not being a member of that subcommittee, I don't
8      know, but having worked with ASTM, American Society for
9      Testing Materials, and other standards writing
10     organizations, there are committees and subcommittees
11     that have a broad charter, and within that broad
12     charter they develop standards that don't necessarily
13     apply to the broad charter of the subcommittee.
14 Q   Well, let's approach it this way. Fertilizers have the
15     potential to become non-flowing granular fertilizers,
16     correct?
17 A   Yes, sir.
18        If I can just elaborate on my previous answer.
19     If -- refer you to section 1, Purpose, subsection 1.1,
20     quote, this engineering practice presents methods of
21     estimating the grain pressures within centrally loaded
22     and unloaded bins used to store free-flowing
23     agricultural whole grain, closed quotes. There's no
24     mention of fertilizer in the purpose.
25 Q   Okay. Does a free-flowing grain, such as wheat, corn,

Page 27

1      or soybeans, have the potential to become nonflowing?
2  A   It has the potential, yes. And, again, sir, just to --
3      for semantics, but the term is non-free-flowing, not
4      nonflowing.
5  Q   So I'm correct then -- or it is correct that grains
6      such as wheat, corn, and soybeans have the potential to
7      become non-free-flowing?
8  A   That's correct.
9  Q   And that potential exists when they're in the storage
10     hopper bins, correct?
11 A   Yes, sir.
12 Q   Okay. Does EP 433 address the structural design that
13     is necessary if a free-flowing material becomes
14     non-free-flowing?
15 A   First of all, EP 433 does nothing in terms of struct --
16     says nothing about structural design. It's simply
17     having to do with loads on structures. And second, it
18     is -- again, as we've talked several times here, or as
19     I've testified, EP 433 simply talks about the loads
20     when the grain is free-flowing. It says nothing about
21     what happens when the grain becomes non-free-flowing.
22 Q   So when the grain becomes non-free-flowing within a
23     compliant 433 bin, what dynamic forces are necessary to
24     be considered then when you are designing the
25     structure?

Page 28

1  A   EP 433 is silent on that issue.
2  Q   Now, EP 433 addresses in the hopper the dynamics of the
3      material, correct?
4  A   It addresses what happens when materials flow in the
5      hopper, yes, and the resulting loads.
6  Q   And is it your interpretation of EP 433 that those
7      material loads only apply when the material is
8      free-flowing?
9  A   Yes, sir. As far as EP 433 is concerned, absolutely.
10 Q   Where else in the literature can I look for
11     publications that would warn that EP 433 does not apply
12     when a free-flowing material becomes non-free-flowing?
13 A   I don't recall specifically within the literature, but
14     it should be obvious to anyone, even without an
15     engineering knowledge, to read the title of EP 433 and
16     learn that it's only applicable for free-flowing
17     grains.
18 Q   And I noticed that in your opinion. I'm not arguing
19     with you about your opinion, John. Is that I'm looking
20     for validation from other sources that are saying that
21     EP 433 does not apply to a situation where a
22     free-flowing material becomes non-free-flowing?
23 A   Well, I've written several papers on loads applied to
24     silo structures, failure of silos, and I've written
25     specifically about the limitations of EP 433. All of

Page 29

1  those papers, I believe, are referenced in my opinion,
2  particularly --
3  Q  Yeah. And what I'm looking for, though, is
4  confirmation of those opinions by other experts in flow
5  materials and in structural analysis that would agree
6  with you that EP 433 doesn't apply when the material is
7  non-free-flowing -- potential for non-free-flowing.
8  A  Well, I -- again, I've -- I've referenced in my report
9  there was a paper by Dr. Gurfinkel. This is footnote
10  46. I don't -- I don't recall specifically what he
11  says, but it talks -- he talks about a project that
12  actually I was involved in myself, and he referenced
13  the work that my firm did on this, which was a silo for
14  storing soybean meal.
15  Q  That was the one in 1979 in Iowa?
16  A  The failure?
17  Q  Yes.
18  A  That's my recollection.
19  Q  Okay.
20  A  That's about the right time frame, yes. And I believe
21  it was Iowa.
22    I mean, there are other standards out there, the
23  Eurocode EN 1991-4 doesn't reference EP 433, but it
24  talks about this issue of free-flowing and
25  non-free-flowing. And it is very specific as to the

Page 30

1  limitations of that particular code.
2  Q  Okay. And which code was that? I'm sorry.
3  A  It's -- it's -- it's British standard E --
4  Q  Okay. That's --
5  A  -- EN 1991-4.
6  Q  Yeah, the British code or the Eurocode?
7  A  It's one of many British codes or Eurocodes, yes, but
8  it's referenced here. I'm sure it's in one of my
9  footnotes. It's footnote 40, page 9 -- at page 10.
10  Q  I've looked for it, but I have not found it, outside of
11  suggestions in your publications, for a direct
12  statement that EP 433 does not apply to materials that
13  have the potential to become non-free-flowing.
14    Can you point me to any place outside of your
15  writings and other than the footnotes 46 and 40 that
16  would address that issue?
17  A  Sir, as I testified a few moments ago. It's -- to me,
18  it's obvious to anyone reading the English language by
19  the title of EP 433, by 1 -- paragraph 1.1 that this
20  only applies to free-flowing grain. If the grain
21  becomes non-free-flowing, it should be obvious that
22  this standard does not apply. I don't know that anyone
23  has to state that any more directly in any publication
24  to make it obvious.
25  Q  Okay. And I understand it's your interpretation it's

Page 31

1  obvious and that's your reading of it, but my question
2  was is that has this obvious "does not apply to
3  potential non-free-flowing materials," has that been
4  addressed by someone else out there specifically?
5  A  Not that I recall. I don't --
6  Q  Okay.
7  A  Again, it's like saying the sky is blue at times. I
8  mean, to me it's such an obvious statement I don't know
9  why anyone would have to state it.
10  Q  Now, if we go back to EP 433 and in reference to the
11  overpressure, which I think is calculated as F --
12  A  Yes.
13  Q  -- is that is it my understanding that it's your
14  opinion or interpretation of EP 433 that the
15  overpressure factor there, which I think is 1.4, is
16  that that factor only applies when the material is
17  free-flowing and would not apply when there's a
18  potential for the material to not -- to be
19  non-free-flowing?
20  A  Well, since -- since Table 1, which includes values for
21  F, is part of EP 433, then I would -- my opinion is
22  that this table only applies for free-flowing grain.
23  Q  Okay. Now, help me to understand this, because I may
24  not understand the materials flow as well as I should.
25  But if a bin is full of grain and it's free-flowing,

Page 32

1  then it's going to move out of that bin in a uniform
2  pattern at the discharge, correct?
3  A  How do you define uniform?
4  Q  Well, continuous, it's free-flowing, it's going to flow
5  based upon, you know, the amount of flow that may be
6  mechanically manipulated.
7  A  Yes, that's a reasonable statement.
8  Q  So then the internal pressures on that as the materials
9  flow out would become less and less in terms of the
10  internal hoop stresses on the bin and hopper?
11  A  Less and less relative to what?
12  Q  Relative to where they started from.
13  A  As the bin empties out?
14  Q  Yes.
15  A  Yes, that's true. Over time that's true.
16  Q  So we have a bin --
17  A  Eventually you get to a point where the bin is empty
18  and there's no pressure.
19  Q  Correct.
20  A  So, yes, they are decreasing but not uniformly. You
21  know, bulk solids are very different than liquids in
22  that regard.
23  Q  Would there be any substantial change in the hoop
24  stress at the top of the hopper during that discharge
25  process in being going from full to empty?

Page 37

1  flow pattern where material is flowing along the hopper
2  walls, the pressure that the material exerts against
3  the hopper walls and, hence, the hoop stress that
4  develops in that hopper, in the hopper wall itself,
5  increases dramatically as soon as flow commences. And
6  it remains at a relatively high value until the level
7  drops to a point where then it starts to decrease, and
8  eventually we get to the point where the material level
9  is below the top of the hopper and we go back to zero.
10  Zero pressure, zero hoop stress.
11 Q And that's when we have a mass flow condition in the
12  hopper, correct?
13 A Correct.
14 Q Okay. Then let's talk about in terms of what happens
15  when we have a funnel flow condition in the hopper.
16 A Okay. If we have a funnel flow condition in the
17  hopper, then those pressures and, hence, the hoop
18  stresses do not change from the initial fill conditions
19  to the discharge or flow conditions. And that's
20  well-established in various standards. It's
21  well-established in the literature that that's --
22  that's the condition that occurs.
23 Q So at the collar, if we have a funnel flow, there is no
24  change of condition in the hoop stress; is that
25  correct?

Page 38

1 A That's correct, at least initially. Again, it's going
2  to decrease over time as the level drops. But at least
3  initially there's no change from that initial fill
4  condition.
5 Q Does EP 433 address mass flow?
6 A It does, although the term mass flow is not used.
7  EP 433 uses the term plug flow to mean essentially a
8  mass flow condition.
9 Q And I looked at that, because plug flow means that all
10  or part moves on the sides, correct?
11 A Let's be more specific in terms of looking at the
12  wording.
13  (Examines document.)
14 Q I think it's on page 1, 2.19. Are you with me?
15 A Yes, I am.
16 Q Okay. Take your time. I'm not trying to --
17 A Yes. Yeah. You're correct. It's 2.19. The reference
18  is to Figure 1, and I stand corrected. Actually --
19  well, Figure 2 shows a mass flow bin.
20 Q Well -- and what I was pursuing, and I'm not trying to,
21  again, argue with you, is that I understood you to tell
22  me that mass flow under EP 433 is the same as plug
23  flow. Did I understand that's what you said?
24 A That's the statement I made, and I said this -- I stand
25  corrected. The terminology does differentiate and does

Page 39

1  refer to mass flow in 2.1.7, the Figure 2.
2  What I quoted in my report is actually the
3  commentary, which is on page 947, paragraph 5.1.2.2.
4  And, again, where you've highlighted and you have a
5  letter B next to it, plug flow is defined as flow from
6  a bin in which all or part of the material moves as a
7  unit with material movement along the wall -- the bin
8  walls.
9  To me that's -- again, that's mass flow. But I
10  stand corrected.
11 Q Well, no. I appreciate that.
12 A Yeah.
13 Q I understand that viewing the commentary may be a
14  little bit different than how it's set forth in the
15  definition.
16 A You're absolutely correct, yeah.
17 Q But I was just trying in my own mind is to distinguish
18  is that mass flow is not the same as plug flow.
19 A You are correct. I --
20 Q And plug flow, as it's identified here, is when all or
21  part of the bin walls material is flowing along?
22 A You are correct. I stand corrected.
23 Q Now, I want to go back. As I understand, we're talking
24  about, with a funnel flow bin -- which is the type of
25  bin we have in this particular case of the failure,

Page 40

1  correct?
2 A That's correct.
3 Q -- is that there's going to be no change in the hoop
4  pressures at the collar during discharge or unloading?
5 A That is -- that is my opinion. That is
6  well-established in the literature. It's certainly
7  well-established in several other codes that are in
8  existence, including the most modern code, this British
9  standard that I referenced earlier.
10 Q Okay. Now, what I'm struggling with as a layperson is
11  that since the parameters of the structure in terms of
12  the loading that we have when it's low is that -- and
13  is static, we understand what type of structure it
14  takes to hold that static load, correct?
15 A Yes. Well, I think so.
16 Q Okay. Well, the literature -- the literature talks
17  about it. I don't know that I understand it or not,
18  but the literature understands, with a static load,
19  this is what we have to have to support it so there
20  won't be a failure, correct?
21 A Right.
22 Q Now, then, if we go to EP 433, it begins to talk about
23  dynamic load.
24 A Uh-huh.
25 Q And that would be, then, the change as it discharges

Page 41

1  and what happens to the materials as it's discharged
2  from full to empty, correct?
3  A  Yes.
4  Q  And what I'm struggling with is what change would there
5     be in dynamics at the collar of this hopper if we have
6     a funnel discharge and there's no change in that
7     dynamic, why do we have to address dynamic load to any
8     specific level, because it would seem that the same
9     static loading on it would be able to handle the
10    material because there's no change at that collar
11    level?
12       That was a long question.
13 A  I'm not sure I understand your question.
14 Q  Okay.
15 A  Could you restate it, please.
16 Q  Well, I probably can't. Let me see if I can kind of
17    rephrase that.
18       What I'm struggling with is, is that if there
19    really is no change in hoop stress in terms of
20    discharge from full to empty in a funnel flow, why is
21    it necessary to discuss dynamic loading --
22 A  Discuss it --
23 Q  -- as it's discussed in EP 433?
24 A  That's a good question. EP 433, in my opinion and I
25    think in the opinion of most experts in this field, is

Page 42

1  a highly simplistic, very inadequate design code.
2  There are many -- well, not many. There are several
3  codes and certainly a vast amount of literature that
4  are consistent with my opinion, which is that if you
5  have a funnel flow vessel, the change in pressures near
6  the top of the hopper from an initial fill condition to
7  a discharge condition is essentially zero. There is
8  virtually no change in those pressures.
9     That's contrary to what's stated here, I
10 recognize. But, again, this is, again, a highly
11 simplistic and not very well-presented document, in my
12 opinion and the opinion of, I think, most experts in
13 the field who have studied this area.
14    Again, solids and liquids behave very differently.
15 If you have a --
16 Q  And I don't want to -- we've got little time here, and
17    we don't want to talk about liquids. We're talking
18    about solids here, correct?
19 A  Yes.
20 Q  Okay. So you don't have an explanation, though, if
21    there's no change in the pressure, particularly at the
22    area we're talking about, at the hoop collar, as to why
23    we would go into some discussion then about the
24    dynamics of the load because that would suggest that
25    the loading pressures are changing.

Page 43

1  A  I don't have -- I'm not a member of this committee. I
2     wasn't part of writing it. I don't know why they would
3     consider that because it's contrary to most of the
4     literature.
5  Q  The -- and I understand your criticism of EP 433, and
6     yet that's the only standard that we have in the
7     United States that deals with steel bins.
8  A  That is correct.
9  Q  Now, I want to move into talking about some of the
10    reasons why a potential free-flowing material -- a
11    free-flowing material has the potential to become
12    non-free-flowing. And there's going to be some type of
13    obstruction that occurs in the flow process; is that
14    correct?
15 A  I'm not sure what you mean by an obstruction.
16 Q  Obstruction.
17 A  Well, there is -- there is something that causes the
18    flow to be affected, either slowed down or stopped.
19    Could be a mechanical interruption or, more likely,
20    when it deals with the material itself, it has to do
21    with something that happens to those particles to cause
22    them either to not slide at the walls or to stop
23    flowing.
24 Q  And common problems with flow are referred to as
25    ratholing?

Page 44

1  A  That's one.
2  Q  And ratholing can occur in a funnel flow bin.
3  A  It can occur, yes.
4  Q  And the other one that seems to be in the literature is
5     talking about arching or bridging.
6  A  That's correct.
7  Q  Now, since grains have the potential to become
8     non-free-flowing, is grain then going to, in a funnel
9     flow bin, be subject to ratholing and arching?
10 A  Again, it has the potential of those problems
11    occurring, but if it's a free-flowing material, those
12    problems will not occur.
13 Q  Right. So as long as it's free-flowing there's no
14    problem, correct?
15 A  There's no ratholing problem. There's no arching or
16    bridging problem. That's correct.
17 Q  That's right. So there's no additional stress -- and
18    we talked about that before -- as long as it's
19    free-flowing?
20 A  Well, when you say we talked about it before, I mean --
21 Q  At the collar.
22 A  That really has nothing to do whether it's free-flowing
23    or non-free-flowing. What we were talking about before
24    is whether you have funnel flow or mass flow. We're
25    talking about the flow pattern, not flow problems.

**Page 53**

1  accident in question.
2      What caused the accident in question? And I'm not
3  so interested in the opinions that you expressed, and
4  I'm not foreclosing that either, but I just want to
5  know, in lay terms, why did that happen?
6  A  In my opinion, it happened for one of two reasons.
7  Either it happened because of additional pressures
8  exerted on the material and on the hopper section of
9  the silo because of the firing of air cannons or -- and
10  I think perhaps -- I won't say perhaps, I would say, or
11  more likely the failure occurred because of the sudden
12  collapse of an arch or a rathole.
13  Q  Now, in regard to the opinions of the additional
14  pressure on materials on bin walls from the air
15  cannons, have you done any specific calculations of
16  those additional pressures?
17  A  I have not done any specific calculations. But in my
18  report, Exhibit 28, I discuss the pressure that is in
19  the cylindrical portion of each of these air cannons,
20  which according to Mr. Nohr, as I recall, was 140 psi.
21      And as I note in my report, that's at least in
22  order of magnitude, at least a factor of 10 greater
23  than any material-induced pressures, that is,
24  material-induced pressures on the hopper or silo walls.
25      So that's the extent of my analysis.

**Page 54**

1  Q  And when you say increased by a factor of 10 as to
2  material-induced loads, that would be at the time that
3  the rathole and material in the bin was stable?
4  A  I'm not sure, when you say the rathole and the
5  material --
6  Q  Okay.
7  A  I'm just saying in terms of initial pressures which
8  would be the same as discharge pressures, given it's a
9  funnel flow bin, in looking at Mr. Godoy's calculation
10  from ESI, confirmed with internal calculations done by
11  Dr. Craig or Mr. Wu at my firm, I'm just saying that
12  the magnitude of those pressures of the grain
13  against -- or in this case, the soybean meal against
14  the hopper walls, that that -- those pressures are on
15  the order of 10 percent or less of the pressures of 140
16  psi from an air cannon.
17  Q  Well, how do we calculate the factor of 10?
18  A  Well, again, sir, if -- and I don't have it in front of
19  me, but if we were to look at Mr. Godoy's calculations,
20  he has the pressure that the material exerts. He's
21  calculated the pressure the material exerts against the
22  hopper section.
23      And if you could provide me that report, I could
24  look at those numbers. But I'm just saying that, as I
25  recall, those pressures are less than 15 -- less than

**Page 55**

1  10 psi, pounds per square inch. So I'm comparing those
2  pressures to the 140 psi that Mr. Nohr reported as
3  being the pressure in the air cannon.
4  Q  Okay. So just to make sure I'm following this
5  correctly is that -- is that before the air cannon
6  would have been fired, the load factors on psi would be
7  in that 10 or 15 percent against the cylinder wall?
8  A  Well, let me -- you know, we're not talking the load
9  factor. We're talking loads. And we're not talking
10  percentages. We're talking psi.
11  Q  Okay.
12  A  I'm just saying that those pressures, as I recall from
13  Mr. Godoy -- and if you could provide me, I could look
14  at that report. But those -- as I recall, those
15  material-induced pressures against the walls of the
16  cylinder and hopper were less than 10 to -- 10 or 15
17  pounds per square inch. And I'm comparing that to the
18  140 psi that Mr. Nohr reported as being the pressure in
19  the air cannon.
20  Q  So let me see if I can rephrase the question correctly.
21  Is that, under the normal loading, there would have
22  been 10 or 15 psi material-induced load against the
23  cylinder wall?
24  A  Cylinder or hopper wall, yes.
25  Q  Or hopper wall.

**Page 56**

1  A  Yes, sir.
2  Q  Okay. And then with the air cannon, which has 140 psi,
3  is that that's how you get to the 10 times?
4  A  That's correct.
5  Q  Okay.
6  A  And, again, I'm talking order of magnitude here. It
7  could be that the pressures are less than 10 psi. I
8  don't recall offhand.
9  Q  And I'm just trying to understand the process.
10  A  Right.
11  Q  And I understand the numbers may vary depending upon
12  which ones you apply --
13  A  Right.
14  Q  -- and the results. Okay?
15  A  Understood.
16  Q  All right. In your opinion, an increase of pressure on
17  the cylinder walls of 140 psi, would that be sufficient
18  to cause a failure either of the field metal or the
19  seam of a hopper designed pursuant to EP 433?
20  A  It could, yes.
21  Q  Now, can you say that it would to an engineering
22  certainty?
23  A  Well, the issue, sir, is we have a certain pressure --
24  according to Mr. Nohr it's 140 psi -- in the cylinder
25  of the air cannon. Now, there's a quick-acting

Sioux Steel Company v.
KC Engineering, P.C.

John W. Carson, Ph.D.
October 27, 2017

Page 61

1  Q  And I understand there's going to be a limit to it. My
2     question still goes back and my inquiry goes back to is
3     that how do we know that 140 psi force on the hoop
4     stress would have been sufficient to cause a seam
5     failure?
6  A  Well, again, terminology. 100 ps -- '40 psi is not a
7     force and the 140 psi is not acting -- it's acting
8     normal or perpendicular to the wall. As a result of
9     that pressure, there is hoop stress, additional hoop
10    stress applied in the hopper. And all I'm saying is
11    that, in a joint, whether it be a bolted joint or a
12    welded joint or simply a piece of metal, it has a
13    certain limit. It reaches yield. At that point it
14    starts to deform. It can reach ultimate, in which case
15    it fails. There is a limit to what that value is. And
16    if -- if one were to increase that pressure sufficient,
17    that is, the pressure internally, to create additional
18    hoop stress, eventually you're going to reach a point
19    of failure.
20 Q  Now, earlier you said that it could, and so I want to
21    pursue that in terms of a possibility versus a
22    reasonable engineering probability.
23       Is it your opinion to a reasonable engineering
24    probability that the air cannon firing at 140 psi
25    caused the seam in the hopper to breach?

Page 62

1  A  I believe that's less probable than the second
2     mechanism that I described earlier. It's possible but
3     not probable.
4  Q  So it's not likely; is that fair?
5  A  Yes.
6  Q  And then the more likely cause of what happened here is
7     a collapse of either an arch or the rathole?
8  A  Yes, sir.
9  Q  And those forces then caused it to collapse, correct?
10 A  In my opinion, that was the most probable cause of
11    failure, yes.
12 Q  Okay. Now, I want to just talk with you a little bit
13    about hoop stresses in the hopper.
14 A  Okay.
15 Q  Okay. If we have a loaded hopper like we have in this
16    case is that the hoop stress at the outlet or the
17    bottom of the hopper is going to be lesser than the
18    hoop stress at the top of the hopper at the collar.
19    Would that be correct?
20 A  In general, that's correct, yes.
21 Q  And the reason why the hoop stress is less at the
22    bottom than it is at the top is simply a mathematical
23    formula in terms of the area surface or circumference
24    in those areas?
25 A  That's -- that's part of it. It also has to do with

Page 63

1     what's the magnitude of the pressure that's acting
2     normal to the hopper wall.
3  Q  But just in lay terms, if I'm understanding it, the
4     hoop stresses at the bottom where they have the
5     discharge are going to be substantially less than the
6     hoop pressures we're going to have at the top of the
7     hopper?
8  A  In general, that statement is true.
9  Q  Okay.
10 A  There are exceptions. But, in general, that's true.
11 Q  Is there any exceptions in this case to that?
12 A  I assume we're talking now just gravity-induced,
13    material-induced loads, nothing to do with collapsing
14    arches or ratholes; is that correct?
15 Q  Well, I want to get to that a little bit later. But
16    right now I'm just trying to understand, you know, that
17    hoop stresses generally are lesser at the bottom and
18    more at the top of the hopper. And I think we agreed
19    generally that was. There might be some exception,
20    correct?
21 A  Yes, sir.
22 Q  And my question is what exceptions might there be?
23 A  The hoop stress calculation depends upon the amount
24    of -- in the case of a hopper storing a bulk solid, the
25    hoop stress depends on the pressure that's acting

Page 64

1     normal or perpendicular to that wall surface, the
2     thickness of the metal, and the -- in the case of a
3     conical hopper, the diameter of the hopper at that
4     point in question.
5        The -- so let's take each of those in turn. As
6     far as the normal pressure is concerned, pressure
7     acting normal to the hopper surface, the change of
8     normal pressure as one moves from the top of the hopper
9     to the bottom depends on the hopper angle. It depends
10    on the friction, the coefficient of sliding friction
11    between the bulk solid and the wall material. It
12    depends on a parameter. It usually is the initial K,
13    the letter K is used. But it's the ratio of the
14    pressure normal to the wall divided by the pressure
15    that's acting vertically downward.
16       So in most instances, unless you have a very low
17    coefficient of sliding friction between the bulk solid
18    and the wall, the pressure that acts normal to the wall
19    is going to decrease from the top to the bottom, both
20    in terms of initial pressures and, if you had a mass
21    flow bin, in terms of flow pressures.
22       The second factor, of course, is the thickness.
23    Very often hoppers are the same thickness top to
24    bottom. So if that is the case, then that doesn't come
25    into account.

Page 69

1  A   Mr. Nohr's report.
2  Q   And what about Mr. Nohr's report are you referring to
3      then?
4  A   Where he stated that the failure initiated at the
5      bottom of the hopper.
6  Q   Okay. I understand that's his opinion, but have you
7      used any documentation that he has as to that
8      opinion --
9  A   No, I just have --
10 Q   -- as to how he got there?
11 A   No, I just have his report.
12 Q   So you're just taking his report, this is what he says?
13 A   That's in addition to my own viewing of the video,
14     correct.
15 Q   Okay. So in forming your opinions that are expressed
16     in Exhibit 29, you've looked at the video and you
17     looked at Mr. Nohr's report?
18 A   That's correct.
19 Q   And that would be the sum total of what you reviewed
20     then --
21 A   Yes.
22 Q   -- correct?
23 A   Yes.
24 Q   Have you made any determination as to the location or
25     side -- size of a void created by a rathole or arching?

Page 70

1  A   No.
2  Q   Have you made any determination as to whether the
3      material inside was a collapse of a rathole or a
4      collapse of an arch?
5  A   No, I haven't differentiated between the two.
6  Q   Now, you're not critical of Sioux Steel in securing an
7      outside firm to review the structural integrity of
8      their hopper designs, are you?
9  A   No.
10 Q   That would be an appropriate thing to do?
11 A   Yes.
12 Q   You said earlier that you determined what did cause the
13     failure, and I think we discussed that it probably was
14     a rathole or an arch collapse, correct?
15 A   In that it's the most probable cause of the failure, in
16     my opinion.
17 Q   Okay. And then I think you said you've also determined
18     what did not cause?
19 A   Yes.
20 Q   Now, what did not cause this failure, in your opinion?
21 A   Can I refer to my report just to make sure --
22 Q   Certainly.
23 A   -- I don't miss something?
24     (Examines document.)
25     I think this is most directly stated by my opinion

Page 71

1      11 on page 11, which reads, quote, the silo did not
2      fail because of material-induced loads resulting from
3      gravity alone, closed quotes.
4  Q   Let me just catch up with you. All right. Okay. I'm
5      there.
6      Okay. We're at 11. That's page 11?
7  A   Yes, sir.
8  Q   And their silo did not fail because of material-induced
9      loads resulting from gravity alone?
10 A   Yes.
11 Q   Okay. And then point out the quote that you just read
12     for me, if you would, please.
13 A   The quote that I just --
14 Q   Yeah, maybe I misunderstood. I thought you read --
15 A   I read the title of No. 11 which --
16 Q   Gotcha. Okay.
17 A   -- you just -- which you just read back to me.
18 Q   And so -- and we talked about this earlier, though.
19     When you're talking about gravity-induced loads, is
20     that you're not talking about the dynamic impact of a
21     collapse of a rathole or an arch, correct?
22 A   That is correct.
23 Q   Okay. I want to just discuss a couple things in your
24     opinion on Exhibit 28. And let's go to No. 6, if you
25     would, on page 7.

Page 72

1  A   Okay.
2  Q   And the last sentence there, it says, By omitting such
3      a statement, one could assume that this was an
4      oversight of KC's part. However, as explained below in
5      opinion 13, even if this joint had been strengthened to
6      meet code requirements, it would still have failed.
7      Is that your opinion?
8  A   Yes, sir.
9  Q   Okay. Will you tell me how you arrived at the
10     conclusion that if the seam had met code requirements
11     it would still have failed?
12 A   As Mr. Godoy noted in his report, the seam -- the
13     bolted seam at the top of the hopper was overstressed
14     in relation to the design code, but it was not stressed
15     to the point where failure would be predicted.
16     Second, the magnitude of loads and pressures that
17     would result from the collapse of an arch or a rathole
18     are so large compared to what I'm calling
19     material-induced loads by gravity alone, that slightly
20     increasing the strength of a connection perhaps by a
21     factor of two or so to meet code requirement for
22     allowable loads would not have been able to resist
23     that.
24     And third, and perhaps most importantly, is the
25     fact that, in my review of the video and in the view of

Page 73

1  Mr. Nohr, the failure occurred not at the region where
2  the bolted joint was below code, namely at the top of
3  the hopper, but instead the failure occurred near the
4  bottom of the hopper where that bolted joint was far
5  less loaded and certainly well designed to withstand
6  gravity-induced loads. And, therefore, a collapse of a
7  rathole was what caused the failure.
8     So it's a long about way of saying that if
9  KC Engineering had looked at that radial joint at the
10 top of the hopper and made a recommend -- or found that
11 it was not up to code limit and it should have been
12 made stronger, that would have -- that if that change
13 had been made, that would not, in my opinion, have
14 prevented this failure.
15 Q Okay. And I want to just kind of go through these.
16 The ESI report, Mr. -- I never pronounce his name
17 correctly -- that was his observation?
18 A I'm sorry. What was his observation?
19 Q The ESI, Mr. Godall or Godow?
20 A I don't know the gentleman, so I -- but it's G-o-d-o-y.
21 I think it's Godoy, but I don't know.
22 Q Okay. I don't either, so -- and I don't know him.
23 But, anyway, is that he's saying that the top was
24 stressed. And that's where you then have incorporated,
25 in your opinion, that the top of the seam was stressed

Page 74

1  at the hopper?
2 A What Mr. Godoy noted was that the radial seam, the
3  bolted radial seam near the top of the hopper was
4  stressed greater than the allowable, which includes a
5  factor of safety.
6     But, again, allowable includes a factor of safety.
7  He found that if you take that factor of safety away,
8  that the amount of stress would not have predicted
9  failure of the -- of that seam. And I agree with that
10 analysis.
11 Q Is there any way for us to determine the observations
12 that Mr. Godoy made, whether that stress occurred
13 before or during the failure process?
14 A Again, I don't think Mr. Godoy made any observations.
15 He did calculations. And those calculations were based
16 on the assumption that the -- what I'm calling the
17 material-induced loads by gravity alone, ignoring
18 ratholing and ignoring collapse of a rathole or
19 collapse of an arch, that those calculations resulted
20 in what I just testified.
21 Q So the material-induced loads are the ones that caused
22 stress to the top of the hopper seam?
23 A Absolutely. Sure. That always happens. There's
24 nothing unique about that in this instance.
25 Q And we're talking about stress and we're talking about

Page 75

1  some deformation or deforming of the metal?
2 A Stress does not imply deformation, no.
3 Q Okay. Well, I'm struggling to understand the
4  observation or what you're incorporating from this
5  other report. And maybe it's just my lack of being
6  able to grasp some of it.
7     Tell me again what you're adopting from Mr. Godoy.
8  Are you adopting what he observed or his calculations?
9 A The latter.
10 Q Okay. And his calculations are relating to what?
11 A His calculations relate to what were the pressures that
12 the material, the soybean meal, exerted on the walls of
13 the hopper, both at the top and the bottom and
14 throughout from top to bottom, and what that -- what
15 those pressures then resulted in differing amounts of
16 hoop stress, and then he looked at the ability of the
17 bolted radial seams to resist that hoop stress. And
18 what he found is that that amount of hoop stress at
19 near the top of the hopper was greater than the
20 allowable hoop stress for that particular bolted joint,
21 but it was not great enough to predict or cause failure
22 of that radial seam.
23 Q Did Mr. Godoy make an opinion as to where the breach
24 occurred?
25 A As I recall -- and if you provide me his opinion, I --

Page 76

1  I could point it out directly. But my recollection is
2  that he concluded that the failure started at the top
3  of the hopper section, and the way he arrived at that
4  conclusion was by improperly, in my opinion, mixing and
5  matching different codes and different calculations to
6  result in a condition that would predict failure.
7     But, again, that was not only an improper mixing
8  and matching of different calculation methods but also
9  is inconsistent with the video and Mr. Nohr's report.
10 Q Okay. And then the magnitude of the collapse of either
11 the rathole or the arch is the second factor?
12 A Yes.
13 Q And the third factor is the video and Mr. Nohr's
14 report?
15 A Yes.
16 Q Okay. Have I covered all those?
17 A I believe so, yes.
18 Q Okay.
19 A If I can just add to that, I think my opinion 13,
20 beginning on page 12, goes into it in more detail. And
21 I have several other reasons why it failed and why it
22 didn't fail. And those are all listed bullet -- by
23 bullet point on pages 12 and 13.
24 Q Okay. I want to try to see if I can just follow up
25 here and get some of this so we can get to conclusion.

**Page 77**

1  By way of follow up, Exhibit 30 would have been
2  the first contact that your company had with Sioux
3  Steel; is that correct?
4  A  Yes.
5  Q  And looking at Exhibit 30, your engineer advised that
6  the loading for your company was much higher compared
7  to what Sioux Steel calculated; is that correct?
8  A  That's what it states, yes.
9  Q  And Sioux Steel was coming to you asking you to do a
10  structural analysis on their hopper bins, correct?
11  A  Yes.
12  Q  Was there ever a letter sent by your company explaining
13  why its calculations of loads were higher than what was
14  calculated by Sioux Steel?
15  A  Not that I'm aware of, and there's nothing that I'm
16  aware of that's been produced by Sioux Steel to
17  indicate that they -- the fact that they -- they don't
18  even recognize or note the fact that they had the
19  contact. Mr. Kramer's weekly notes doesn't even
20  mention this contact.
21  Q  Well, but we know that there was contact because of the
22  fact that you found it in your files, correct?
23  A  That's correct. I'm just saying, from their
24  standpoint, there was -- there was no mention of it.
25  Q  And I'm looking from your standpoint is that you're an

**Page 78**

1  engineering company, you have received plans, your
2  engineer has taken a look at it, they've talked with
3  Sioux Steel, correct?
4  A  Yes.
5  Q  Correct?
6  A  They have taken --
7  Q  That's correct?
8  A  They've taken a cursory look. There was no job here.
9  There was no payment for any services. It was simply a
10  cursory look at -- apparently a cursory look at the
11  drawings and then a phone conversation.
12  Q  And --
13  A  And that was the extent of it.
14  Q  And you were reviewing it to obtain a client in order
15  to perform services on structural engineering, correct?
16  A  That's correct.
17  Q  And your company came to the conclusion, through your
18  engineer, that your loading would be much higher
19  compared to what Sioux Steel calculated in the plans
20  that they submitted; is that fair?
21  A  That's correct.
22  Q  And having received this, though, understanding then
23  that, from your perspective of your company, the plans
24  were deficient, did your company ever send a letter
25  back to Sioux Steel saying, these are the issues you

**Page 79**

1  need to take a look at with EP 433?
2  A  Not that I'm aware of.
3  Q  Now, had you been there and had you addressed EP 433
4  with Mr. Kramer, you would have told him similar things
5  that you have set out in Exhibits 28 and 29, correct?
6  A  Very likely I would have.
7  Q  And what we've discussed today?
8  A  Very likely I would have. Again, you can only push
9  things so far. If a client -- a potential client is
10  set in their ways and doesn't want to talk about it,
11  you can only go so far in trying to convince them that
12  they're wrong.
13  Q  Isn't there a duty on the part of an engineering firm
14  that if the client's plans are not adequate, to advise
15  them of that?
16  A  And I believe that was done here.
17  Q  It doesn't say anything here where Sioux Steel was
18  advised that the loading is much higher compared to
19  what G&J [sic] would have had; it simply is an internal
20  memo, correct?
21  A  It's a -- this is an internal note of a phone
22  discussion between our Mr. Petro and Mr. Kramer of
23  Sioux Steel.
24  Q  And Mr. Petro is not with us anymore, so we can't talk
25  to him about what was said, correct?

**Page 80**

1  A  Unfortunately, that's the case, yes.
2  Q  When you incorporated and referred to Exhibit 30 in
3  your report, did you have consent from Sioux Steel?
4  A  No.
5  Q  Did you attempt to get consent from Sioux Steel?
6  A  No.
7  Q  Do you understand that your use of the information in
8  Exhibit 30 and the contact that Sioux Steel had with
9  you is now being used adversely by your firm and by you
10  against Sioux Steel?
11  A  I don't understand that at all.
12  Q  Would you go to Exhibit No. 28 and look at page 12,
13  item 12.
14  A  Okay.
15  Q  And item 12 says that Sioux Steel Corporation's
16  Mr. Kramer was aware that higher material-induced loads
17  should have been used to design the hopper section?
18  A  Yes.
19  Q  Is that correct?
20  A  Yes.
21  Q  And you are imputing that knowledge that Mr. Kramer had
22  based on Exhibit 30, correct?
23  A  That is correct.
24  Q  And so you're using Exhibit 30 adversely against Sioux
25  Steel, your potential client, and in favor of KC, your