# EXHIBIT L

*Sioux Steel Company v.*
*KC Engineering, P.C.*

Jason O'Mara, PE
February 27, 2017



*Audrey M. Barbush, RPR*
*audrey@paramountreporting.com*
*605.321.3539*



**Min-U-Script® with Word Index**

**Page 69**

1  say exactly that. Sioux Steel's own literature on
2  their website advertises that these bins are for
3  free-flowing materials.
4  Q  Wheat is heavier, has a greater bulk density than corn,
5     corn meal, or soy meal; is that correct?
6  A  Yes.
7  Q  Wheat is considered to exert the highest pressure on
8     bins.
9  A  Yeah. Of common agricultural materials, I'd say wheat
10    is generally considered to be the heaviest.
11 Q  The overpressure factors presented in EP433 are based
12    on full-scale bins filled with wheat.
13 A  Yes.
14 Q  The EP433 references the results of Platanov,
15    P-l-a-t-a-n-o-f [sic], and Kovtun, K-o-v-t-u-n, 1959
16    study on wheat based overpressures which serve as a
17    basis for the ACI recommendations for calculations of
18    loads exerted by granular materials.
19 A  Is that from the EP433?
20 Q  That's correct. And that should be Exhibit --
21 A  26?
22 Q  26, yes. It should be on the next page, I think.
23    (Pause in the proceedings.)
24 A  I believe what you said was correct.
25 Q  Okay. EP433 is the only US-recognized standard for the

**Page 70**

1  calculations of loads exerted by granular materials on
2  steel hoppers?
3  A  No.
4  Q  What other standards are available in the
5     United States?
6  A  ACI 313, primarily. There are also technical papers
7     that are used in the industry. Some of them by
8     Jenike & Johanson. Well-regarded research papers.
9  Q  And ACI -- is that what you said?
10 A  ACI 313.
11 Q  313?
12 A  Uh-huh.
13 Q  Did the design that you reviewed comply with ACI 313?
14 A  Part -- you know, as far as what we did at the time.
15    We didn't check those connections. But those
16    connections did not comply. The -- well, it would be
17    more correct to say that they didn't comply with the
18    AISC, 13th Edition. The loads, as far as I can tell,
19    that Chad was coming up with were per EP433.
20 Q  Okay. My question was, though -- I just want to go
21    back to recognized standards.
22 A  Okay.
23 Q  As it relates to the calculation of loads exerted by
24    granular material on steel bins and hoppers is that
25    EPA 433 [sic] is the only recognized standard, except

**Page 71**

1  you've also identified AC 1313 [sic] as a standard,
2  correct?
3  A  Well, and I've also identified some papers by
4     Jenike & Johanson, which would be applicable for the
5     kinds of hoppers that store non-free-flowing grains
6     where mass flow is desired. EP433 is not suitable for
7     non-free-flowing materials because it's a funnel flow;
8     it's based on a funnel-flow hopper.
9     Non-free-flowing materials should be stored in
10    mass-flow hoppers, and EP433 does not address the
11    design of mass-flow hoppers. You are directed to look
12    to the literature, and Jenike & Johanson have written
13    papers that would constitute the accepted literature.
14 Q  Okay. Now, I want to just make a distinction here,
15    though. The accepted literature of recognized experts
16    is different than published standards, correct?
17 A  That is correct.
18 Q  And the published standards that we go by -- whether or
19    not they're applicable is another issue -- is EP433 and
20    ACI 313?
21 A  Well, we do not go by EP433 for mass-flow bins. That
22    would be inappropriate.
23 Q  So we get down to what you're saying is that your
24    position is that an EP433 bin is not suitable for soy
25    meal and that the only type of bin design suitable for

**Page 72**

1  soy meal is going to be a mass-flow bin. Is that your
2  position?
3  A  Unless we're talking about a very small bin.
4  Q  Let's talk in the context of a 30 footer.
5  A  Yeah, in the context of a 30 footer, I think it needs
6     to be mass flow, and I think that the literature is
7     very clear on that.
8  Q  Would you agree that EP433 standard is a minimum
9     mandatory standard for the design of steel hopper bins
10    for grains and granular materials?
11 A  For free-flowing granular materials and grains, yes.
12 Q  It would also be the minimum standard relating to, as
13    you would describe it, non-flowing if you're going to
14    have structural standards for it.
15 A  That is not something that is specifically stated in
16    the purpose of the document. EP433 says under Purpose
17    that it presents methods of estimating grain pressures
18    within centrally loaded and unloaded bins used to store
19    free-flowing, agricultural whole grain.
20    It is not specifically a purpose that that is
21    supposed to be used for per the standard itself.
22    However, I would agree that if you're doing a mass-flow
23    bin -- and I do this myself -- I would also check it
24    per EP433. I would check both.
25 Q  So whether it's a funnel-flow or a mass-flow bin --

Page 85

1   did something wrong by doing that. And, you know,
2   we've gone through why we didn't provide a stamp. This
3   is a unique situation. So -- I don't like how you try
4   to make very broad, general -- ask very broad questions
5   with a yes or no answer. It's, I don't think, fair.
6  Q  KC's report to Sioux Steel, Exhibit 9, is a, quote,
7   engineering document prepared for the client.
8  A  Yes.
9  Q  The term "in responsible charge" means having direct
10   control of and personal supervision over any work
11   involved in the practice of engineering.
12  A  Correct.
13  Q  KC had no direct control of or personal supervision
14   over any work performed by a Sioux Steel employee.
15  A  That's correct.
16  Q  A licensed professional engineer submitting a report on
17   a structural engineering design review of drawings and
18   specifications cannot rely upon the work of the client.
19  A  I disagree.
20  Q  And by that I mean the work has to be your work, not
21   somebody else's work.
22  A  The work that I present is my work, has to be my work,
23   but I can use the information provided by the client.
24  Q  Any submission of an engineering document that is
25   non-final must be clearly labeled preliminary or draft;

Page 86

1   is that correct?
2  A  In the context of engineering stamping laws, yes.
3  Q  It's a responsibility of the licensee, licensed
4   professional engineer, to forward to the client any and
5   all revisions to a submission or report to the client.
6  A  Send them all revisions? Yes.
7  Q  Would you agree that flow experts cannot agree upon
8   where a funnel channel will form in a funnel-flow bin?
9  A  I don't think it's that they can't agree with each
10   other. I think that it's that they recognize that it's
11   random. It's rather -- it's not always predictable.
12  Q  The collapse of large voids from arching and ratholing
13   induces tremendous dynamic pressure loads on the
14   structure.
15  A  That's correct.
16  Q  Engineering procedures for hopper bin design requires a
17   determination of the strength and flow properties of
18   the bulk solid for the worst likely flow conditions
19   expected.
20  A  Yes. And I think in order to do that you would use the
21   standards, the reference standards and, you know,
22   technical papers. I think generally people don't go
23   out and get a sample of the product that's going to be
24   stored and test it themselves. It would have been
25   impossible in this case because we were not made aware

Page 87

1   of the material that was going to be used. And it's
2   just generally not what happens. You use the reference
3   standards.
4  Q  Bins designed pursuant to the hopper bin drawings
5   submitted to you that are out there in the marketplace
6   right now and in use would not be sufficient as
7   designed for...
8  A  I'm sorry. Say that again.
9  Q  Okay. Hopper bins in the market that were manufactured
10   under the design drawings you reviewed are insufficient
11   and do not meet the standards of EPA 433 [sic] as well
12   as the steel contractors manual, correct?
13  A  You're talking about Sioux Steel's bins?
14  Q  I'm talking about Sioux Steel's bins that are out there
15   in the marketplace that were manufactured under the
16   design drawings that you reviewed.
17      So we're agreed on that?
18  A  Yes.
19  Q  Those bins are not sufficient as designed for
20   free-flowing grains.
21      MR. TOBIN: I'm going to object and -- I mean, I
22   believe it's our understanding that there's a claim in
23   this lawsuit that whatever bins were out there have
24   been retrofitted post this failure, and we have no idea
25   what those retrofits are.

Page 88

1      MR. GOODSELL: Well, we'll get there --
2      MR. TOBIN: So I --
3      MR. GOODSELL: -- in terms of that idea.
4      MR. TOBIN: Well, I don't --
5      THE WITNESS: That is a concern of mine, that --
6  BY MR. GOODSELL:
7  Q  Well, I want to just finish this line of questioning,
8   though.
9      So the bins that have been manufactured -- I think
10   there's approximately 12 of them out there, and these
11   bins were manufactured under the design criteria
12   submitted to you for review. Those bins out there in
13   use today would be insufficient as a matter of design
14   because of their failure to comply with what we talked
15   about earlier.
16  A  Are you saying that they're out there now, that they
17   haven't been fixed?
18  Q  I'm just saying if they're out there, those bins that
19   have been sold under that design would be insufficient
20   as designed for free-flowing grains. Is that a correct
21   statement?
22  A  That is a correct statement. If they haven't modified
23   that seam, then that would be insufficient.
24  Q  And have you given notice to Sioux Steel after you
25   became aware of this design defect or not suitable as