UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| SIOUX STEEL COMPANY, a South Dakota corporation, | Civ. 15-4136 |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF MICHAEL F. TOBIN IN OPPOSITION TO MOTION TO STRIKE** |
| KC ENGINEERING, P.C., an Iowa corporation, | |
| Defendant. | |

---

STATE OF SOUTH DAKOTA )
:SS
COUNTY OF MINNEHAHA )

I, Michael F. Tobin, being duly sworn on oath, depose, state, and declare as follows:

1. I am the attorney for KC Engineering, P.C., and have knowledge of the following.

2. Attached hereto as **Exhibit A** is a true and accurate copy of highlighted portions of the deposition of Chad Kramer.

3. Attached hereto as **Exhibit B** is a true and accurate copy Rod Nohr's Initial Report.

4. Attached hereto as **Exhibit C** is a true and accurate copy John Carson's Supplemental Report.

5. Attached hereto as **Exhibit D** is a true and accurate copy of John Carson's Report.

6. Attached hereto as **Exhibit E** is a true and accurate copy of portions of John Carson's deposition.

7. Attached hereto as **Exhibit F** is a true and accurate copy of EP 433.

8. Attached hereto as **Exhibit G** is a true and accurate copy of an email exchange between Chad Kramer and Les Garcia.

9. Attached hereto as **Exhibits H, I, J, K & L** are true and accurate copies of warnings about the use of soymeal in storage bins from various storage bin companies considered competitors with Sioux Steel.

Dated this 5th day of April, 2018.

_____
Michael F. Tobin

Subscribed and sworn to before
me this 5th day of April, 2018.

Beverly Brady
Notary Public – South Dakota
My Commission Expires: 7/5/2021

BEVERLY J. BRADY
NOTARY PUBLIC
SOUTH DAKOTA