From: Chad Kramer <ckramer@siouxsteel.com>
To: Les Garcia <lgarcia@siouxsteel.com>
Cc: Jean Stahl <jstahl@siouxsteel.com>
Date: 2014-08-07 10:00
Subject: RE: 3012HB for air cannons

---

It is unfortunate that we were not made aware of the application, but that would be the right thing to do.

Chad Kramer, PE
Structural Engineer
Sioux Steel
p: 605.965.4273
e: ckramer@siouxsteel.com

Web: http://www.siouxsteel.com
Facebook: www.facebook.com/siouxsteel

CONFIDENTIALITY STATEMENT & NOTICE:
This e-mail and any attachments are confidential in nature and not intended for the use of anyone other than the individual or entity identified above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.


-----Original Message-----
From: Les Garcia
Sent: Thursday, August 07, 2014 8:18 AM
To: Chad Kramer
Cc: Jean Stahl
Subject: RE: 3012HB for air cannons

Thanks Chad. Now I don't know what to do about the tank that Molinos Azteca installing right now, it is a 3012HB. I will have to tell them that the new tank will be a 10 ring and tell them the reasons and see how they react.

Les

-----Original Message-----
From: Chad Kramer
Sent: Thursday, August 07, 2014 8:12 AM
To: Les Garcia
Subject: RE: 3012HB for air cannons

Les,

It is obviously very subjective, but I feel we should limit the height to diameter ratio of tanks used in this manner to 1.25 or less. That would mean that 10 rings would be the limit on a 30' hopper.

Chad Kramer, PE
Structural Engineer
Sioux Steel
p: 605.965.4273
e: ckramer@siouxsteel.com

Web: http://www.siouxsteel.com
Facebook: www.facebook.com/siouxsteel

CONFIDENTIALITY STATEMENT & NOTICE:
This e-mail and any attachments are confidential in nature and not intended for the use of anyone other than the individual or entity identified above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.


-----Original Message-----
From: Les Garcia
Sent: Thursday, August 07, 2014 7:22 AM
To: Chad Kramer
Subject: RE: 3012HB for air cannons

Chad,

Stahl
Exhibit No. 4
Date: 9.28.16
Audrey M. Barbush, RPR

PLF 669

EXHIBIT G

This is a 3012HB hopper bin

Les

-----Original Message-----
From: Chad Kramer
Sent: Wednesday, August 06, 2014 7:49 AM
To: Les Garcia
Subject: RE: 3012HB for air cannons

Les,

I did a little research, but I still have no idea what kind of loads the cannons would place on the hopper structure. Obviously any material requiring these air cannons is not free-flowing. I am more concerned with the eccentric loads that non-free flowing materials could place on the hopper. The cannons are obviously placed to help flow the material better, but there is still reason for concern in my mind. I would think we should limit the size of these hoppers. What size are they requesting?

Chad Kramer, PE
Structural Engineer
Sioux Steel
p 605.965.4273
e ckramer@siouxsteel.com

Web: http://www.siouxsteel.com
Facebook: www.facebook.com/siouxsteel

CONFIDENTIALITY STATEMENT & NOTICE:
This e-mail and any attachments are confidential in nature and not intended for the use of anyone other than the individual or entity identified above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.

-----Original Message-----
From: Les Garcia
Sent: Wednesday, August 06, 2014 3:22 AM
To: Chad Kramer
Subject: RE: 3012HB for air cannons

Hello Chad,

Have you had a chance to look at this special hopper tank? I need to send Azteca a quote ASAP.

Thanks,

Les Garcia
International Sales Director
Sioux Steel Co.
p: 605.965.4256 extn: 256 | f: 605.965.4284 | m: 786.493.7743
e: lgarcia@siouxsteel.com

Web: http://www.siouxsteel.com
Facebook: www.facebook.com/siouxsteel

CONFIDENTIALITY STATEMENT & NOTICE:
This e-mail and any attachments are confidential in nature and not intended for the use of anyone other than the individual or entity identified above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.

-----Original Message-----
From: Les Garcia
Sent: Thursday, July 31, 2014 5:07 PM
To: Chad Kramer
Cc: Jean Stahl (jstahl@siouxsteel.com)
Subject: RE: 3012HB for air cannons

PLF 670

EXHIBIT G

Chad,

I don't know if you are aware that Don sold one in Mexico and it is being installed right now. I am troubled knowing that neither Don nor Steve consulted with you.

Les

-----Original Message-----
From: Chad Kramer
Sent: Thursday, July 31, 2014 4:50 PM
To: Les Garcia
Subject: RE: 3012HB for air cannons

Les,

I have not ever dealt with air cannons. I have no idea what types of loads they would place on our bins. I will have to do some research when I get back in the office.

---

To: Chad Kramer
Subject: 3012HB for air cannons

Chad,

I have a new e=request from Mexico for the same tank 3012HB tank with air cannons. Attached is the sales order for the tank that we shipped. Let me know if I can base my quote on this sales order or if you think that we need to add anything else to the bib.

Thanks,

Les Garcia
International Sales Director
Sioux Steel Co.
p: 605.965.4256 extn: 256 | f: 605.965.4284 | m: 786.493.7743
e: lgarcia@siouxsteel.com<mailto:lgarcia@siouxsteel.com>
[cid:image002.png@01CFACA1.1FF27810]<http://www.facebook.com/siouxsteel>[cid:image004.png@01CFACA1.1FF27810]<http://www.twitter.com/siouxsteel>[cid:imag
Web: http://www.siouxsteel.com<http://www.siouxsteel.com/>
Facebook: www.facebook.com/siouxsteel<http://www.facebook.com/siouxsteel>

CONFIDENTIALITY STATEMENT & NOTICE:
This e-mail and any attachments are confidential in nature and not intended for the use of anyone other than the individual or entity identified above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.

PLF 671

EXHIBIT G