BULK FEED TANKS AND GRAIN HOPPER TANKS

# FARM HOPPER TANKS



**PROVEN & DEPENDABLE™**

WWW.GRAINSYSTEMS.COM

# WHY GSI



**PROVEN & DEPENDABLE**

Only GSI feed tanks feature the exclusive, patented Auto-Lok ground control access system for opening, closing and latching the fill cap safely and easily from the ground. The cap swings open a full 180° to lie flat and parallel to the ground, completely eliminating interference with, or damage to, the cap from the auger.

Bulk Feed Tanks also feature an optional hopper valve for for accessing small amounts of material to a location not serviced by the auger system.

GSI manufactures roofs from prime, high tensile, galvanized steel. The higher tensile steel adds up to 20% more strength, with no extra weight, which is critical in clear span roof structural design. Roof eave clearance can be adjusted at the time of installation. Each roll formed roof rib has four supportive bends in the vertical sides for maximum strength. Tall roof ribs are fully double overlapped for moisture resistance and additional support. The easy to open peak cap provides a large 30" diameter opening for fast filling.

GSI stiffeners are manufactured from high tensile strength 70,000 PSI (483 MPA) steel and completely galvanized for durability. Stiffeners feature strong splice joints with large cross sectional areas, both critical elements of vertical stiffeners, and are installed two-post (two per sidewall panel) externally to bear directly on the base columns.

GSI

# FARM HOPPER TANKS

PRODUCT LINE-UP



### BULK FEED TANKS (BFT)

BFTs are a popular way of storing feed due to their ease of installation, lower expansion cost and convenient hopper unloading. Several of these tanks can be installed to store a variety of grains and the sealed roof and body design helps protect grain/feed from moisture damage.

GSI Bulk Feed Tanks are available in 6', 7', 9', 12', and 15' diameters and range in capacities up to 2678 bu. (60.52 MT).



### GRAIN HOPPER TANKS (GHT)

GHTs are able to support slightly heavier loads than typical ground feed bulk tanks. Grain Hopper Tanks can be used for temporary storage, adapted to several grain drying and conditioning systems, or serve as long term storage for properly dried grain.

Available in 9', 12', 15', 18' and 21' diameters and are designed to hold 45 lbs. per cubic foot, with total bin capacities exceeding 6000 bushels (150 MT).

|  | HOPPER BIN COMPARISONS | |
|---|---|---|
|  | BFT | GHT |
| Corrugation | 2.66 | 2.66 |
| Stiffened | No | No |
| Legs | Rolled | Rolled |
| Material Capabilities | 40 lbs./cu. ft. | 45 lbs./cu. ft. |
| Roof Style | Sealed | Grain Bin |
| Roof Peak Loads | 1,200 lbs. | 2,500 lbs. |
| Opening | 16" or 22" | 16" or 22" |
| Hopper Angles | 60°, 67° | 45° |

Visit **www.grainsystems.com** to find your local GSI Dealer

3

# FEATURES

FARM HOPPER TANKS



### THE SOLID CHOICE
GSI precision formed, galvanized coated, high tensile steel sidewall sheets provide outstanding strength and durability. Optional fully die-formed side ladders with dimpled non-skid rungs provide convenient access to the tank.

### LEGS & ANCHORS
GSI tanks are supported by our fully galvanized, 6-bend roll-formed legs. GSI legs provide significantly greater strength over simple angle iron legs and greater corrosion resistance and longer life compared to painted legs. Galvanized roll-formed cross ties and two-piece leg anchor sections assist in transferring the tank load to the base and provide greater strength, stability, and support.

### FLEX-FLO™ FLEXIBLE AUGER SYSTEMS



Tubing and augers are available in four sizes and five models with capacities ranging from 15 lbs. to 220 lbs./minute. Whether it's ground feed, crumble feed, mash, high moisture corn, shelled corn or pellets, GSI has the combination to handle it. For corn with up to 27% moisture and other hard to flow materials, GSI also offers a Flex-Flo™ High Roughage system which incorporates a special combination of a 3" (76mm) auger in a 3-1/2" (89mm) tube to reduce plugging.

### RIGID AUGER
A complete line of rigid augers and accessories are available for high capacity material handling. In 4", 6", and 8" diameters, and lengths from 11' to 21', the GSI rigid auger can be configured to meet the most demanding applications, with capacities up to 2100 BPH.

### ROTARY UNLOADER
Designed to fit below the 22" Maxi-Flo boot, GSI's rotary unloaders are available for 2.2" (55mm), 3" (75mm), 3.5" (90mm) and 5" (125mm) Flex-Flo™ or 4", 6", and 8" rigid auger systems.



4



# FEATURES

## FARM HOPPER TANKS



STRAIGHT DROP BOOT

30° DROP BOOT

CLEAR STRAIGHT DROP BOOT

### UNLOADER SYSTEMS

GSI offers several unloader systems including single, twin, tandem and twin tandem models. Augers can be direct or belt driven by a 1/3 to 1-1/2 horsepower, totally enclosed fan cooled motor at a standard 358 RPM (other speeds are available for special applications). Additional grain handling accessory equipment is available including extension systems to adjust auger lengths, time clocks, automatic shut-off switches, intermediate drop kits and y-drops.

GSI's 16" (406mm) parabolic boot (available in straight drop or 30° models) is made from the very latest in ultra high impact polypropylene for greater flexibility, dependability and durability. The clear poly carbonate version provides a window to confirm that feed is present.



### HEAVY DUTY BOOTS

Multiple outlet requirements can be easily handled by our 22" (559mm) all metal boot. This boot, which can be fitted to any GSI grain hopper tank, will allow installation of up to four feed lines in several directions at once.



WITHOUT DRIP LIP

### HOPPER BOTTOMS

Hopper panels are die-formed with rounded corners and sealed edges down-turned for a weather-tight fit. In addition, assembly with rounded, truss-head bolts reduce bridging of contents on inner surfaces. The eave is specially die-formed to conform to the shape of the sidewall corrugation.

GSI's drip lip water deflection system is a one-of-a-kind, roll-formed bottom sheet edge which forces water away from the hopper and lower boot area. Complete weather protection without a loss in capacity.



WITH DRIP LIP

# SPECIFICATIONS

## GRAIN HOPPER TANKS

### GHT

| DIAMETER (FEET) | RINGS | HOPPER ANGLE | BUSHEL | CAPACITY (CUBIC FEET) | CAPACITY (METRIC TONS) | CAPACITY (U.S. TONS) | HEIGHT (FEET) | HEIGHT (METERS) |
|---|---|---|---|---|---|---|---|---|
| 9 | 2 | 45° | 388 | 482.7 | 8.76 | 9.65 | 14'2" | 4.32 |
| 9 | 3 | 45° | 523 | 650.6 | 11.80 | 13.01 | 16'10" | 5.13 |
| 9 | 4 | 45° | 658 | 818.5 | 14.85 | 16.37 | 19'6" | 5.94 |
| 9 | 5 | 45° | 793 | 986.3 | 17.89 | 19.73 | 22'2" | 6.75 |
| 9 | 6 | 45° | 927 | 1154.2 | 20.94 | 23.08 | 24'10" | 7.56 |
| 9 | 7 | 45° | 1061 | 1322.0 | 23.99 | 26.43 | 27'5" | 8.37 |
| 9 | 8 | 45° | 1195 | 1489.9 | 27.04 | 29.78 | 30'0" | 9.18 |
| 9 | 9 | 45° | 1329 | 1657.8 | 30.09 | 33.13 | 32'8" | 9.99 |
| 9 | 10 | 45° | 1463 | 1825.6 | 33.14 | 36.48 | 35'3" | 10.80 |
| 12 | 2 | 45° | 786 | 946.9 | 19.34 | 21.30 | 16'11" | 5.17 |
| 12 | 3 | 45° | 1039 | 1245.3 | 25.44 | 28.02 | 19'8" | 5.99 |
| 12 | 4 | 45° | 1290 | 1543.7 | 31.53 | 34.73 | 22'4" | 6.80 |
| 12 | 5 | 45° | 1542 | 1842.2 | 37.64 | 41.45 | 24'11" | 7.60 |
| 12 | 6 | 45° | 1794 | 2140.6 | 43.73 | 48.16 | 27'8" | 8.42 |
| 12 | 7 | 45° | 2045 | 2439.0 | 49.83 | 54.88 | 30'4" | 9.24 |
| 12 | 8 | 45° | 2296 | 2737.4 | 55.93 | 61.60 | 33'0" | 10.05 |
| 12 | 9 | 45° | 2547 | 3035.9 | 62.03 | 68.32 | 35'8" | 10.87 |
| 15 | 2 | 45° | 1340 | 1617.3 | 33.04 | 36.39 | 19'4" | 5.88 |
| 15 | 3 | 45° | 1733 | 2083.6 | 42.57 | 46.88 | 22'0" | 6.70 |
| 15 | 4 | 45° | 2127 | 2549.9 | 52.09 | 57.37 | 24'8" | 7.51 |
| 15 | 5 | 45° | 2520 | 3016.2 | 61.52 | 67.86 | 27'4" | 8.32 |
| 15 | 6 | 45° | 2914 | 3482.5 | 71.15 | 78.36 | 30'0" | 9.13 |
| 15 | 7 | 45° | 3307 | 3948.8 | 80.68 | 88.85 | 32'8" | 9.95 |
| 15 | 8 | 45° | 3700 | 4415.1 | 90.20 | 99.34 | 35'4" | 10.76 |
| 18 | 2 | 45° | 2089 | 2527.0 | 51.58 | 56.87 | 21'7" | 6.59 |
| 18 | 3 | 45° | 2657 | 3198.4 | 65.29 | 71.98 | 24'4" | 7.40 |
| 18 | 4 | 45° | 3222 | 3869.9 | 78.99 | 87.08 | 26'11" | 8.22 |
| 18 | 5 | 45° | 3790 | 4541.4 | 92.70 | 102.20 | 29'7" | 9.03 |
| 18 | 6 | 45° | 4355 | 5215.8 | 106.40 | 117.30 | 32'4" | 9.84 |
| 18 | 7 | 45° | 4923 | 5884.3 | 120.10 | 132.40 | 34'11" | 10.66 |
| 18 | 8 | 45° | 5488 | 6555.7 | 133.80 | 147.50 | 37'7" | 11.47 |
| 18 | 9 | 45° | 6053 | 7227.2 | 147.50 | 162.60 | 40'3" | 12.28 |
| 21 | 3 | 45° | 3832 | 4623.6 | 94.36 | 104.00 | 26'7" | 8.10 |
| 21 | 4 | 45° | 4603 | 5536.3 | 113.00 | 124.60 | 29'3" | 8.91 |
| 21 | 5 | 45° | 5374 | 6450.8 | 131.60 | 145.10 | 31'11" | 9.72 |
| 21 | 6 | 45° | 6145 | 7364.7 | 150.30 | 165.70 | 34'7" | 10.54 |
| 21 | 7 | 45° | 6916 | 8278.5 | 169.00 | 186.30 | 37'3" | 11.35 |

**9' GRAIN HOPPER TANKS (GHT - 45 DEGREE HOPPER)**

- For storage of free flowing material having a maximum density of 45 lbs. per cubic foot.
- Bushel capacities are calculated with no compaction and to full cubic foot capacities.
- Weight capacities are calculated at 40 lbs. per cubic foot.

**12' - 21' GRAIN HOPPER TANKS (GHT - 45 DEGREE HOPPER)**

- For storage of free flowing material having a maximum density of 45 lbs. per cubic foot.
- Bushel capacities are calculated with 5% compaction and at a 27° angle of repose.
- Weight capacities are calculated at 45 lbs. per cubic foot.

**WARNING!** Non-free flowing materials including (but not limited to) soybean meal and meat by-products should not be stored in these tanks due to their inherent nature to bridging. Check with your material supplier on the flowability of your product prior to purchasing a tank. If in doubt about a specific product, contact GSI Group engineering department for additional recommendations. Some features are optional and may be available only on certain models. Consult your local GSI dealer for details. All specifications subject to change without notice.



# SPECIFICATIONS

## BULK FEED TANKS

### BFT

| DIAMETER (FEET) | RINGS | HOPPER ANGLE | BUSHEL | CAPACITY (CUBIC FEET) | CAPACITY (METRIC TONS) | CAPACITY (U.S. TONS) | HEIGHT (FEET) | HEIGHT (METERS) |
|---|---|---|---|---|---|---|---|---|
| 6 | 1 | 60° | 111 | 138.0 | 2.50 | 2.76 | 10'10" | 3.29 |
|   | 2 | 60° | 171 | 212.6 | 3.86 | 4.25 | 13'6" | 4.10 |
|   | 3 | 60° | 231 | 287.2 | 5.21 | 5.74 | 16'1" | 4.89 |
|   | 4 | 60° | 291 | 361.8 | 6.56 | 7.24 | 18'10" | 5.73 |
| 7 | 1 | 67° | 185 | 230.1 | 4.17 | 4.60 | 13'8" | 4.12 |
|   | 2 | 67° | 266 | 331.6 | 6.02 | 6.63 | 16'4" | 4.93 |
|   | 3 | 67° | 348 | 433.2 | 7.86 | 8.66 | 19'0" | 5.75 |
|   | 4 | 67° | 430 | 534.7 | 9.70 | 10.96 | 21'8" | 6.56 |
|   | 5 | 67° | 511 | 636.3 | 11.54 | 12.73 | 24'4" | 7.37 |
|   | 6 | 67° | 593 | 737.8 | 13.39 | 14.76 | 27'0" | 8.18 |
| 9 | 1 | 60° | 308 | 383.9 | 6.96 | 7.69 | 14'3" | 4.30 |
|   | 2 | 60° | 443 | 551.8 | 10.01 | 11.04 | 16'11" | 5.11 |
|   | 3 | 60° | 578 | 719.6 | 13.06 | 14.39 | 19'7" | 5.92 |
|   | 4 | 60° | 713 | 887.5 | 16.10 | 17.75 | 22'3" | 6.74 |
|   | 5 | 60° | 848 | 1055.3 | 19.15 | 21.11 | 24'11" | 7.55 |
|   | 6 | 60° | 983 | 1223.2 | 22.19 | 24.46 | 27'7" | 8.36 |
| 12 | 2 | 60° | 887 | 1109.3 | 20.15 | 22.18 | 20'8" | 6.25 |
|    | 3 | 60° | 1126 | 1407.7 | 25.57 | 28.15 | 23'4" | 7.06 |
|    | 4 | 60° | 1365 | 1706.1 | 30.99 | 34.12 | 26'0" | 7.88 |
|    | 5 | 60° | 1604 | 2004.5 | 36.42 | 40.08 | 28'8" | 8.69 |
|    | 6 | 60° | 1842 | 2303.0 | 41.84 | 46.05 | 31'4" | 9.50 |
| 15 | 2 | 60° | 1554 | 1934.8 | 35.12 | 38.69 | 24'2" | 7.33 |
|    | 3 | 60° | 1929 | 2401.1 | 43.59 | 48.02 | 26'10" | 8.14 |
|    | 4 | 60° | 2304 | 2867.4 | 52.06 | 57.34 | 29'6" | 8.95 |
|    | 5 | 60° | 2678 | 3333.7 | 60.52 | 66.67 | 32'2" | 9.77 |

**6' - 9' BULK FEED TANKS (BFT - 60 & 67 DEGREE HOPPERS)**
- For storage of free flowing material having a maximum density of 40 lbs. per cubic foot.
- Bushel capacities are calculated with no compaction and to full cubic foot capacities.
- Weight capacities are calculated at 40 lbs. per cubic foot.

**12' - 15' BULK FEED TANKS (BFT - 60 & 67 DEGREE HOPPERS)**
- For storage of free flowing material having a maximum density of 45 lbs. per cubic foot.
- Bushel capacities are calculated with 5% compaction and at a 27° angle of repose.
- Weight capacities are calculated at 45 lbs. per cubic foot.

EXHIBIT J

Case 4:15-cv-04136-KES   Document 39-10   Filed 04/06/18   Page 8 of 8 PageID #: 440

# COMPLETE YOUR GSI SYSTEM

WWW.GRAINSYSTEMS.COM





### TOPDRY
Grain in the overhead chamber is dried by a large fan and heater then dumped to a holding area below. An aeration fan below captures heat from this previously dried grain, and pushes it upward to help dry the next load. This recycling of heat increases efficiency, which greatly reduces drying costs.

### MATERIAL HANDLING
GSI's material handling line includes bucket elevators, chain conveyors, belt conveyors, bin unloads, and chain loops. Also available are towers, catwalks, and support structures.

### DRYING AND CONDITIONING
Today's farm operations have greatly varied needs for their drying solutions. Size, type, and investment all play a part in the decision for which to use. GSI provides systems of every size and type to help with those needs. Options include TopDry, Portable, Modular, and T-Series Tower Dryers.



### GLOBAL SOLUTIONS. LOCAL SUPPORT.
GSI and GSI Dealers alike share the same passion and commitment to our customers. GSI Dealers understand down time is not an option, construction schedules must be met. From site planning to installation and service, GSI Dealers are the proven partners for your operation. When you buy GSI, you get the quality product of a worldwide leader and the dependable service of your local Dealership.

TO FIND YOUR LOCAL GSI DEALER,
VISIT THE GSI DEALER LOCATOR
AT WWW.GRAINSYSTEMS.COM





Copyright ©2016 All rights reserved.
GSI reserves the right to change designs and specifications without notice.

GS-005   MAY 2016

EXHIBIT J