

# MEDIUM DUTY HOPPER BIN CONSTRUCTION MANUAL
## 12' - 21' DIAMETER





---

### UPDATES:

**Dec '12**  New BC5026 Stub Weldments for stiffener legs so Medium Duty Hoppers can be attached to sub-structure. See Sidewall, Stiffener Legs, & Cone Panel Section.

**Aug '12**  Use 3/8" x 1 ¼" bolts at cone panel sidewall sheet connection. Replaces 3/8" x 1"

---

## Sukup Manufacturing Company
1555 – 255th Street  P.O. Box 677
Sheffield, Iowa 50475
Phone: 641-892-4222   Fax: 641-892-4629

Manual L13923M
12/2012

©Sukup Manufacturing Company

EXHIBIT K

| HOPPER |
|---|

## - Hopper Bottom Bins -

**IMPORTANT: Hopper bins are not intended for drying. Grain should be dry and cool when put in a hopper bin for storage.** Maximum allowable storage time for wet grain (over 16%) in a hopper bin may be only one to two days. Storing high-moisture or spoiled grains may deteriorate galvanized coating of bin. High-moisture grain may also cause grain to crust. Probe stored grain regularly to check its quality. Store only free-flowing material. Do not store hard-to-flow material such as soybean meal or other materials that will cake or crust. Unloading spoiled grain that is bridged or vertically crusted at a high rate of speed may cause uneven pressures resulting in hopper tank failure. Check inside of bin while unloading to ensure no vertical crusting is evident.



SWOM0010
3606BAP

Before filling hopper-bottom bin, be certain no objects or old grain remain inside. Thoroughly clean hopper bottom after each use and be certain bottom unload gate is completely closed. Keep all persons out of bin except when absolutely necessary. Refer to safety section for general guidelines on entering bins, ventilation, and using safety harnesses.

Loading must be done through peak ring. Off-center filling may cause excessive loads, which may result in bin leaning and/or sidewall stiffener buckling. Unloading must be done through outlet cone only. **Note: Never cut holes in bin sidewall.** Off-center unloading will result in excessive down pressure and uneven load distribution that may cause sidewall buckling. **Also, if hopper-bottom bin is sealed tight at eave, peak ring cap and manhole must be opened when unloading grain.** Lack of proper roof openings for rapid unloading can cause roof to be pulled down.

EXHIBIT K