# Hopper-Bottom Holding Bins  BROCK

### BROCK® Narrow Corrugation Non-Stiffened Hopper-Bottom Bins

| Bin Size | | | Maximum Capacity* Peaked Storage | | | Fill Height | |
|---|---|---|---|---|---|---|---|
| Diameter (Meters) | Bin Model | Bushels | U.S. Tons Corn | Metric Tons Corn | | Feet/Inches | Meters |
| **9** Ft. (2.7 M) 45° Hopper Angle | 45-00931 | 259 | 9 | 6.2 | | 11' - 10" | 3.61 |
| | 45-00932 | 401 | 13 | 9.6 | | 14' - 6" | 4.42 |
| | 45-00933 | 543 | 18 | 13.0 | | 17' - 2" | 5.23 |
| | 45-00934 | 685 | 23 | 16.4 | | 19' - 10" | 6.05 |
| | 45-00935 | 828 | 28 | 19.8 | | 22' - 6" | 6.86 |
| | 45-00936 | 970 | 32 | 23.3 | | 25' - 2" | 7.67 |
| | 45-00937 | 1112 | 37 | 26.7 | | 27' - 10" | 8.48 |
| | 45-00938 | 1254 | 42 | 30.1 | | 30' - 6" | 9.30 |
| | 45-00939 | 1396 | 46 | 33.5 | | 33' - 2" | 10.11 |
| | 45-009310 | 1539 | 51 | 36.9 | | 35' - 10" | 10.92 |
| | 45-009311 | 1681 | 56 | 40.3 | | 38' - 6" | 11.74 |
| **12** Ft. (3.7 M) 45° Hopper Angle | 45-01231 | 532 | 18 | 12.8 | | 14' - 2" | 4.32 |
| | 45-01232 | 785 | 26 | 18.8 | | 16' - 10" | 5.13 |
| | 45-01233 | 1038 | 35 | 24.9 | | 19' - 6" | 5.94 |
| | 45-01234 | 1291 | 43 | 31.0 | | 22' - 2" | 6.76 |
| | 45-01235 | 1544 | 51 | 37.0 | | 24' - 10" | 7.57 |
| | 45-01236 | 1798 | 60 | 43.1 | | 27' - 6" | 8.38 |
| | 45-01237 | 2051 | 68 | 49.2 | | 30' - 2" | 9.19 |
| | 45-01238 | 2304 | 77 | 55.2 | | 32' - 10" | 10.01 |
| | 45-01239 | 2557 | 85 | 61.3 | | 35' - 6" | 10.82 |
| | 45-012310 | 2810 | 93 | 67.4 | | 38' - 2" | 11.63 |
| | 45-012311 | 3063 | 102 | 73.5 | | 40' - 10" | 12.45 |
| **12** Ft. (3.7 M) 60° Hopper Angle | 45-01201 | 674 | 22 | 16.2 | | 19' - 5" | 5.92 |
| | 45-01202 | 927 | 31 | 22.2 | | 22' - 1" | 6.73 |
| | 45-01203 | 1180 | 39 | 28.3 | | 24' - 9" | 7.54 |
| | 45-01204 | 1433 | 48 | 34.4 | | 27' - 5" | 8.36 |
| | 45-01205 | 1686 | 56 | 40.4 | | 30' - 1" | 9.17 |
| | 45-01206 | 1939 | 64 | 46.5 | | 32' - 9" | 9.98 |
| | 45-01207 | 2193 | 73 | 52.6 | | 35' - 5" | 10.80 |
| | 45-01208 | 2446 | 81 | 58.6 | | 38' - 1" | 11.61 |
| | 45-01209 | 2699 | 90 | 64.7 | | 40' - 9" | 12.42 |
| | 45-012010 | 2952 | 98 | 70.8 | | 43' - 5" | 13.23 |
| | 45-012011 | 3205 | 107 | 76.9 | | 46' - 1" | 14.05 |
| **15** Ft. (4.6 M) 45° Hopper Angle | 45-01532 | 1341 | 45 | 32.2 | | 19' - 2" | 5.84 |
| | 45-01533 | 1737 | 58 | 41.6 | | 21' - 10" | 6.65 |
| | 45-01534 | 2133 | 71 | 51.1 | | 24' - 6" | 7.47 |
| | 45-01535 | 2529 | 84 | 60.6 | | 27' - 2" | 8.28 |
| | 45-01536 | 2925 | 97 | 70.1 | | 29' - 10" | 9.09 |
| | 45-01537 | 3321 | 110 | 79.6 | | 32' - 6" | 9.91 |
| | 45-01538 | 3716 | 124 | 89.1 | | 35' - 2" | 10.72 |
| | 45-01539 | 4112 | 137 | 98.6 | | 37' - 10" | 11.53 |
| **15** Ft. (4.6 M) 60° Hopper Angle | 45-01502 | 1609 | 53 | 38.6 | | 25' - 10" | 7.87 |
| | 45-01503 | 2005 | 67 | 48.1 | | 28' - 6" | 8.69 |
| | 45-01504 | 2400 | 80 | 57.5 | | 31' - 2" | 9.50 |
| | 45-01505 | 2796 | 93 | 67.0 | | 33' - 10" | 10.31 |
| | 45-01506 | 3192 | 106 | 76.5 | | 36' - 6" | 11.13 |
| | 45-01507 | 3588 | 119 | 86.0 | | 39' - 2" | 11.94 |
| | 45-01508 | 3984 | 132 | 95.5 | | 41' - 10" | 12.75 |
| | 45-01509 | 4,382 | 115.7 | 105.0 | | 44'-6" | 13.56 |
| | 45-015010 | 4,778 | 126.2 | 114.5 | | 47'-2" | 14.37 |

### BROCK® Narrow Corrugation Non-Stiffened Hopper-Bottom Bins

| Bin Size | | | Maximum Capacity* Peaked Storage | | | Fill Height | |
|---|---|---|---|---|---|---|---|
| Diameter (Meters) | Bin Model | Bushels | U.S. Tons Corn | Metric Tons Corn | | Feet/Inches | Meters |
| **18** Ft. (5.5 M) 45° Hopper Angle | 45-01832 | 2092 | 70 | 50.2 | | 21' - 7" | 6.58 |
| | 45-01833 | 2662 | 89 | 63.8 | | 24' - 3" | 7.39 |
| | 45-01834 | 3233 | 107 | 77.5 | | 26' - 11" | 8.20 |
| | 45-01835 | 3803 | 126 | 91.2 | | 29' - 7" | 9.02 |
| | 45-01836 | 4373 | 145 | 104.8 | | 32' - 3" | 9.83 |
| | 45-01837 | 4944 | 164 | 118.5 | | 34' - 11" | 10.64 |
| | 45-01838 | 5514 | 183 | 132.2 | | 37' - 7" | 11.46 |
| | 45-01839 | 6085 | 202 | 145.9 | | 40' - 3" | 12.27 |
| **21** Ft. (6.4 M) 45° Hopper Angle | 45-02132 | 3072 | 102 | 73.6 | | 24' - 0" | 7.32 |
| | 45-02133 | 3849 | 128 | 92.3 | | 26' - 8" | 8.13 |
| | 45-02134 | 4625 | 154 | 110.9 | | 29' - 4" | 8.94 |
| | 45-02135 | 5402 | 180 | 129.5 | | 32' - 0" | 9.75 |
| | 45-02136 | 6179 | 205 | 148.1 | | 34' - 8" | 10.57 |
| | 45-02137 | 6955 | 231 | 166.7 | | 37' - 4" | 11.38 |
| | 45-02138 | 7732 | 257 | 185.3 | | 40' - 0" | 12.19 |

**\*Maximum Capacity** for a bin allows for grain to be at a 28° angle of repose, starting one inch (25 mm) below the eave. The grain capacities listed above are based on ASAE Standard S413.1, with a compaction factor of 6%. Metric tons are based on ASAE Standard D241.4 of 721 kg per cubic meter for corn and 772 kg per cubic meter for wheat. Standard and optional holding bin roof styles are available as follows:

| On-Farm Holding Bin Roof Style | Roof Peak Capacity Rating | Standard Roof Style for Bin Diameters | Optional Roof Style for Bin Diameters |
|---|---|---|---|
| Feed Bin Roof | 500 to 1,000 lbs (225-450 kg) | 9 to 15 feet (2.7-4.6 m) | |
| 3-Panel Ribbed Roof | 1,000 lbs (450 kg) | 18 to 21 feet (5.5-6.4 m) | 12 to 15 feet (3.7-4.6 m) |
| 4-Panel Ribbed Roof | 4,000 lbs (1,800 kg) | | 15 to 21 feet (4.6-6.4 m) |

Roof peak capacity ratings are based on ground snow loads of 40 pounds per square foot (195 kg per square meter). Bins are designed to meet ASCE 7-10 code requirements for 105 mph (169 km/h) wind zones and UBC 97 seismic zone 1. In the pursuit of LEADERSHIP THROUGH INNOVATION®, we reserve the right to change specifications without prior notice.

**NOTE:** Hopper-bottom bins and silos are designed for the storage of free-flowing materials only. Soybean meal, meat scraps, and many other materials are NOT considered free-flowing and must use approved unloading equipment. Call Brock Grain Systems for approved unloading equipment. Any questions regarding the flowability of different materials should be directed to the material manufacturer. Because you will customize your grain storage system to your unique needs, not all potentially dangerous or harmful situations can be identified by Brock Grain Systems at the time the bin components and accessories are manufactured. Therefore, it is essential that you think safety first and pay close attention to all possible hazards within your storage systems.



## BROCK GRAIN SYSTEMS
A Division of CTB, Inc.
A Berkshire Hathaway Company
Toll-Free: 866.658.4191
Phone: +1 574.658.4191
www.brockgrain.com
Email: brock@brockgrain.com

—BROCK SOLID®—

Safeguarding Your Grain® Since 1957

EXHIBIT L