# EXHIBIT D



# KC ENGINEERING, P.C.
### 4300 S. LAKEPORT
### SIOUX CITY, IOWA 51106

DATE:     October 2, 2012

TO:       Mr. Chad Kramer
          Sioux Steel Company
          196 ½ E 6th Street
          Sioux Falls, SD 57101

RE:       **ADDENDUM LETTER #1** - Engineering Analysis and Design Review of 18' Diameter and
          30' Diameter Hopper Cone Assemblies

Dear Mr. Kramer,

In accordance with our conversation on 9/28/2012, we have revised the column load calculations for the
30' Diameter Hopper. The initial hopper columns load calculations in our report dated 8/28/2012 took
into account the bin stiffener loads, which are a function of the grain supported by friction on the bin
walls, and the hopper loads, which are a function of the total grain in the bin. This approach is slightly
conservative for the design of the columns as some of the bin stiffener load is counted twice.

The attached pages show separate column load calculations, without the double counting. With these new
calculations, the columns for the 30' Diameter Hopper, as currently detailed, are **adequate**.

If you have any questions regarding this analysis, please contact me at (712) 252-2100.

Respectfully submitted,                              Reviewed by:

Derek Matthies, EI                                   Jason P. O'Mara
KC Engineering, P.C.                                 Vice President
                                                     KC Engineering, P.C.

| KC ENGINEERING CO. | PROJECT NAME: 30' ⌀ Hopper Analysis | PAGE 1 OF 1 | DATE: 10/1/12 |
|---|---|---|---|
| 4000 So. Lakeport, Suite 205<br>Sioux City, IA 51106<br>(712) 252-2100<br>Fax   252-0346 | LOCATION: Sioux Steel | PROJECT #: 61165 | |
| | SUBJECT: Column Loads | DESIGNER: DM | |

● Loads

Dead Load : 3.1 $^K$/column      (1.91$^K$ for Bin, 1.19$^K$ for Hopper)

Live Load : Grain = 55.3 $\frac{lb}{ft^3}$

1. Bin Top → $\frac{1}{3} \pi r^2 h \gamma_g = \frac{1}{3} \pi 15^2 (6.4)(55.3)/1000 = 83.4^K$

2. Bin → $\pi r^2 h \gamma_g = \pi 15^2 (51.3)(55.3)/1000 = 2005.3^K$

3. Hopper → $\frac{1}{3} \pi r^2 h \gamma_g = \frac{1}{3} \pi 15^2 (15)(55.3)/1000 = 195.5^K$

Total = 2284.2$^K$/20   =   114.2 $^K$/column

● Load Combination

LC # 2 : DL + LL

P = 117.3 $^K$

M = 17.0 $^{K \cdot ft}$

*Note: Capacities from previous calculations

$\underline{OK}$

$\frac{117.3^K}{191.1} + \frac{8}{9}\left(\frac{17.0}{49}\right) = 0.92 < 1.0$