# EXHIBIT I

*Sioux Steel Company v.*
*KC Engineering, P.C.*

John W. Carson, Ph.D.
October 27, 2017



*Audrey M. Barbush, RPR*
*audrey@paramountreporting.com*
*605.321.3539*



**Min-U-Script® with Word Index**

Page 21

1  with EP 433? Would that be a fair statement?
2  A  I don't know whether it's fair or not. There's no
3     indication here that that's the case.
4  Q  If the plans were compliant with EP 433, would I
5     interpret this document from your engineer that the
6     loading calculations done under EP 433 are not
7     sufficient for your firm in terms of loading being much
8     higher than that?
9  A  I don't know. Unfortunately, this is all of the
10    information that we have in our files about this --
11    about this interchange, and the individual, Mr. Petro,
12    listed at the top as the project development engineer,
13    Gregory Petro, passed away a couple of years ago. And
14    so I have no way of knowing beyond what's here what
15    information he was given.
16        Whenever we are approached by a potential client
17    and given information, if it looks like there's no
18    likelihood that that will result in our writing a
19    proposal or doing a project, then we just simply don't
20    save that information any longer.
21        So I don't know, to answer your question.
22 Q  And I'm not being critical of the information that was
23    or wasn't saved or how it was saved. Is that what I'm
24    observing here is the opinion of your engineer that
25    your loading, i.e., your company's loading, is much

Page 22

1  higher compared to what Sioux Steel calculates. That's
2  what it says, correct?
3  A  That's what it says, yes.
4  Q  And this would then be the loading, material loading
5     inside the structure, correct?
6  A  The loading of the -- that the material exerts on the
7     structure, yes.
8  Q  And if the plans submitted by Sioux Steel to your
9     company were in compliance with 4 -- EP 433, then your
10    engineer is telling the Sioux Steel engineer that your
11    loading is much higher for your firm than what Sioux
12    Steel calculates?
13 A  That certainly is potentially the case, yes, and
14    probably that's a likely conclusion. But, again, I
15    don't know anything more than what's here. So...
16 Q  Okay. And I understand that. Now, this is a
17    document -- 30 was the first time your firm was
18    involved in anything with Sioux Steel. Would that be
19    correct?
20 A  That's correct. The first time we had had any contact
21    with Sioux Steel, to my knowledge.
22 Q  Is it your opinion that EP 433 is not the appropriate
23    standard for loading of grain and materials that have a
24    bulk density of 55.3?
25 A  I wouldn't categorically say that, no. It depends on

Page 23

1  the properties of the grain as to whether EP 433 is
2  appropriate, as I've stated in my Exhibit 28 opinions.
3  Q  Are there any other U.S. standards that are recognized
4     for steel storage bins other than ANSI and ASAE EP 433?
5  A  That is the only current U.S. standard.
6  Q  Now, the bin in question that failed, the upper section
7     of the hopper was not in accordance with EP 433 or for
8     the Manual for Steel Construction. Is that a fair
9     statement?
10 A  Could you be more specific when you talk about the
11    upper portion?
12 Q  Yeah, upper portion of the hopper. I think it consists
13    of 80 panels, and it is the portion that would go into
14    the ring right below the top of the bin.
15 A  And your question is whether it was in accordance with
16    EP 433 and standards, AI -- AISC standards?
17 Q  Correct.
18 A  Well, first of all, EP 4 -- as I've stated in my
19    report, EP 433 is not applicable to the design of this
20    bin. So to say whether it was in accordance with or
21    not is, in my mind, immaterial.
22 Q  And I understand that, and I'm not arguing with you on
23    that. I just want to set the ground rules, though,
24    that it doesn't comply with EP 433 or AISI, the steel
25    construction manual.

Page 24

1  A  The design of the upper portion of the hopper of this
2     bin does not include the appropriate safety factors in
3     accordance with AISI using the loads from EP 433.
4  Q  Okay. Now, let's pursue, then, is that it's your
5     opinion that EP 433 -- and I'm going to just use that
6     for short rather than going through all the
7     nomenclature on it -- doesn't apply to materials that
8     potentially become nonflowing?
9  A  The term, sir, is non-free-flowing.
10 Q  And I think in your report you talked about the
11    potential to become non-free-flowing, correct?
12 A  That's correct.
13 Q  Now, is there anything in EP 433, or any subsequent
14    comments to EP 433, that would caution an engineer that
15    it doesn't apply to materials that had the potential to
16    become non-free-flowing?
17 A  Certainly.
18 Q  And where do you find that in EP 433?
19 A  Right in the title, to begin with. It says for
20    free-flowing material. And then there's other
21    statements which I've summarized in my report that
22    elaborate on that issue.
23 Q  Okay. Now, it also talks about free-flowing grain,
24    specifically wheat, because wheat has the heaviest bulk
25    density of the common grains; is that correct?