# EXHIBIT L

Case 4:15-cv-04136-KES   Document 42-12   Filed 04/06/18   Page 2 of 3 PageID #: 610

MARK DUCKETT
SIOUX STEEL vs. KC ENGINEERING                                                12/01/2017

```
             UNITED STATES DISTRICT COURT
              DISTRICT OF SOUTH DAKOTA
                  SOUTHERN DIVISION
                    CIV. 15-4136


   SIOUX STEEL COMPANY, a South Dakota
   corporation,

              Plaintiff,
        vs.

   KC ENGINEERING, P.C., an Iowa
   corporation,

              Defendant.
   _____/



                    DEPOSITION OF
                   MARK R. DUCKETT

         Taken on behalf of the Defendant
                 via videoconference




        DATE TAKEN:    December 1, 2017
        TIME:          12:26 p.m. - 2:04 p.m.
        PLACE:         4440 PGA Boulevard
                       Palm Beach Gardens, Florida




            Stenographically Reported by:

             Lisa Gropper, R.P.R., F.P.R.
                Olender Legal Solutions
          477 S. Rosemary Avenue - Suite 202
            West Palm Beach, Florida 33401
                    (561)822-4626
```

Page 58

```
 1   design review, correct?
 2       A    I have a bunch of stuff from KC Engineering.
 3   Are you referring to the computer printouts or the hand
 4   calcs or both?
 5       Q    The hand calculations.
 6       A    Yes.
 7       Q    And, in fact, I think you even referenced them
 8   somewhere in your report that the panels at issue were
 9   actually hand drawn on one of those hand calculation
10   sheets, correct?
11       A    That is correct.
12       Q    You'll agree with me that a review of those
13   hand calculations makes it readily apparent that KC
14   Engineering did not review the vertical seam at issue,
15   correct?
16       A    I would not only agree with that statement, I
17   would say it was just shocking for me to see that they
18   were smart enough or -- or were reasonable enough in
19   their duty as a reviewing engineer to check the stresses
20   in the material itself but then didn't go the extra
21   step, that probably would have taken less than 15
22   minutes, to check the connections of those panels
23   themselves.
24       Q    Correct. And that jumped off the page at
25   you --
```

Page 59

```
 1       A    It did.
 2       Q    -- correct?
 3       A    Absolutely.
 4       Q    As an engineer, you immediately could
 5   recognize that a connection point was not reviewed --
 6       A    Correct.
 7       Q    -- correct?
 8       A    Correct, yeah.
 9       Q    Do you believe that when an engineer sends
10   material out for a design review, do you believe that
11   the designer has a duty and obligation to actually look
12   at the papers that the engineer receives back from the
13   design reviewer?
14       A    Are you -- are you talking about the situation
15   where a design engineer hires another engineer to review
16   his work? Is that what we're talking about?
17       Q    Correct.
18       A    So are you asking me is it my opinion that the
19   person who hires an engineer to review his work is
20   required to send his work to be reviewed?
21       Q    No.
22       A    I'm sorry. Then I misunderstood.
23       Q    Just answer my question.
24       A    I misunderstood. Can you repeat your
25   question?
```

Page 60

```
 1       Q    Sure. If you hire me to do a design review of
 2   some work of yours -- okay -- and I do that, and I
 3   produce a report and my calculations and my handwritten
 4   calcs to you, do you have a duty and obligation to
 5   review what I gave to you in my design review?
 6       A    Oh. Thank you for clarifying that. I
 7   certainly misunderstood what you said before.
 8            Not at all. Zero duty. That's why I paid
 9   you. If you -- if you supply me with a letter saying,
10   Hey, Mark, thanks -- thanks for the $10,000 that you
11   paid me to do this; here's my letter certifying that
12   everything is okay -- you're an engineer; you're a
13   professional. I'm not going to review all your numbers.
14            It's a one-way street. It doesn't work both
15   ways. I don't have to go back -- there's no duty on my
16   part -- there's no standard of care definition for me to
17   go back and review the reviewer's review of my work.
18       Q    So you just would take my word at absolute
19   face value and you would be satisfied in just assuming
20   that I must be right?
21       A    I've done that in the past. I seek out
22   professionals that I'm comfortable with. That's exactly
23   what Sioux Steel did. They reached out to KC
24   Engineering, who they know are good engineers, that they
25   do this kind of work. They paid them what KC
```

Page 61

```
 1   Engineering asked. KC Engineering did their review.
 2   They found what they thought to be an issue, which later
 3   turned out to be a non-issue, certified that the
 4   structure was fine, no qualifications. There's no duty.
 5   Would it be great? Sure. But there's no duty for Sioux
 6   Steel to go back and review the reviewer's review.
 7       Q    So you give Chad Kramer a free pass that he
 8   could have easily caught this whole entire thing had he
 9   just thumbed through those 28 pages that KC provided to
10   him during the design review?
11       A    It was more like 1,028 pages that they gave
12   him, because they gave him the full printout from the
13   computer. That was my understanding.
14       Q    No. You understand that the hand calcs are
15   only 28 pages?
16       A    Yes, but that's not what I said.
17       Q    Okay.
18       A    In totality, I believe they --
19       Q    I'm asking --
20       A    -- they gave them more than that. Could he --
21       Q    Well, let's not quibble on something
22   completely unimportant about that. You're giving
23   Mr. Kramer a complete pass for not reviewing, even in a
24   cursory fashion, the work papers that KC Engineering
25   gave to him?
```