UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| SIOUX STEEL COMPANY, a South Dakota corporation, | Civ. 15-4136 |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF MICHAEL F. TOBIN DATED APRIL 20, 2018** |
| KC ENGINEERING, P.C., an Iowa corporation, | |
| Defendant. | |

---

STATE OF SOUTH DAKOTA   )
                                            :SS
COUNTY OF MINNEHAHA  )

    I, Michael F. Tobin, being duly sworn on oath, depose, state, and declare as follows:

    1.    I am the attorney for KC Engineering, P.C., and have knowledge of the following.

    2.    Attached hereto as **Exhibit A** is a true and accurate copy of highlighted portions of the deposition of Chad Kramer.

    3.    Attached hereto as **Exhibit B** is a true and accurate copy of NSPE Position Statement No. 1780.

    4.    Attached hereto as **Exhibit C** is a true and accurate copy of ASCE's Policy Statement 351—"Peer Review."

1

Dated this 20th day of April, 2018.

_____
Michael F. Tobin

Subscribed and sworn to before
me this 20th day of April, 2018.

*Beverly J Brady*
Notary Public – South Dakota
My Commission Expires: 7/5/2021

BEVERLY J. BRADY
NOTARY PUBLIC
SOUTH DAKOTA
SEAL