*Sioux Steel Company v.*
*KC Engineering, P.C.*

Chad Kramer, PE
September 29, 2016



*Audrey M. Barbush, RPR*
*audrey@paramountreporting.com*
*605.321.3539*



Min-U-Script® with Word Index

EXHIBIT A

| Sioux Steel Company v. | Chad Kramer, PE |
| KC Engineering, P.C. | September 29, 2016 |

### Page 5

1  A  Understood.
2  Q  And if you need to take a break at any time, just let
3     me know as well.
4  A  Okay.
5  Q  Oftentimes witnesses are sitting there hoping that the
6     court reporter or one of the lawyers says, "Let's take
7     a break." But don't wait. If you need a break, just
8     let me know.
9  A  All right.
10 Q  Could you state your address for the record, please.
11 A  5209 South Culbert Avenue, Sioux Falls, South Dakota.
12 Q  And it's my understanding that you are currently
13    employed at Sioux Steel?
14 A  Yes.
15 Q  And for how long have you been at Sioux Steel?
16 A  It will be nine years in October.
17 Q  **And you are a professional engineer?**
18 A  **Yes.**
19 Q  For how long have you been a professional engineer?
20 A  Since 2004.
21 Q  Where did you grow up?
22 A  I grew up in northeast Nebraska.
23 Q  Where did you go to college at?
24 A  I attended the South Dakota School of Mines.
25 Q  Did you go on to any further schooling after you got

### Page 6

1     your degree from Mines?
2  A  I did not. I obtained my bachelor's, and that was it.
3  Q  **You're currently licensed as an engineer in the state**
4     **of South Dakota?**
5  A  **Yes.**
6  Q  Are you licensed in any other states?
7  A  Yes.
8  Q  What other states?
9  A  Colorado, Nebraska, Minnesota, and Iowa.
10 Q  Do you have any further licensing or designation for
11    structural engineering? mechanical engineering?
12 A  No.
13 Q  Following your graduation from Mines, where did you go
14    work at?
15 A  I worked for a consulting firm, AKM Engineering in
16    Littleton, Colorado.
17 Q  For about how long were you there?
18 A  Almost 10 years.
19 Q  What sort of work did that engineering firm in
20    Littleton, Colorado, do?
21 A  Structural consulting. So we did structural design for
22    light commercial and residential.
23 Q  Was there an ag component to that with grain bins or
24    hoppers or not?
25 A  There was not.

### Page 7

1  Q  Did you come to Sioux Steel once you left Littleton?
2  A  Yes.
3  Q  What was the reason for leaving Littleton to come to
4     Sioux Steel?
5  A  I grew up in northeast Nebraska, so we wanted to get
6     back closer to family.
7  Q  So you would have left Littleton by your choice?
8  A  Yes.
9  Q  Has your license ever been disciplined in any way by
10    any state or jurisdiction?
11 A  No.
12 Q  Then obviously it's never been revoked in any
13    jurisdiction.
14 A  No.
15 Q  Has your role at Sioux Steel been the same over the
16    nine years you've been there?
17 A  No.
18 Q  **When you began, what were you doing?**
19 A  **I was a structural engineer when I first started there.**
20 Q  And then how would it -- just explain to me how it
21    would have changed or morphed or transformed over those
22    nine years.
23 A  **I've done structural engineering in some capacity**
24    **during those nine years but took sort of a management**
25    **role. I was an engineering supervisor beginning about**

### Page 8

1     **four years ago and then have been engineering manager**
2     **since a little over a year ago.**
3  Q  Today are there other licensed engineers at
4     Sioux Steel?
5  A  Yes.
6  Q  How many?
7  A  One.
8  Q  What's his or her name?
9  A  Curtis Smith.
10 Q  And how long has Curtis been with Sioux Steel?
11 A  Since February of 2016.
12 Q  Prior to Curtis have there been any other licensed
13    engineers?
14 A  Yes.
15 Q  How many?
16 A  One.
17 Q  What is his or her name?
18 A  Lucas Lorenzen.
19 Q  From when to when was Lucas working there?
20 A  He was there before I started, and he left last
21    September.
22 Q  So at some point in your tenure you were senior from a
23    management perspective to Lucas?
24 A  Yes.
25 Q  And then you're currently the manager to --