UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SIOUX STEEL COMPANY, a South Dakota corporation, | ) | CIV. 15-4136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT OF CHAD KRAMER IN** |
| vs. | ) | **SUPPORT OF PLAINTIFF'S MOTION TO** |
| | ) | **STRIKE DEFENDANT'S EXPERT WITNESS** |
| KC ENGINEERING, P.C., an Iowa corporation, | ) | **JOHN W. CARSON** |
| | ) | |
| Defendant. | ) | |

State of _South Dakota_ )
                 ) ss.
County of _Minnehaha_ )

I, Chad Kramer, being first duly sworn upon his oath deposes and states as follows:

1.  I was a structural engineer for SSC in the summer of 2012.

2.  As a part of my job duties, I designed a new 30' Hopper Cone and Silo assembly.

3.  As a part of my job duties, I had my new design reviewed by a third-party engineering firm to ensure that the design was safe. I reached out to more than one firm to see about any interest doing a design review. One such firm was Jenike & Johanson. The engineer at J & J whom I spoke with was Gregory Petro.

4.  I do not specifically recall the conversation with the engineer at Jenike & Johanson regarding the new silo design. However, any time I contact an outside firm with respect to work on a new design, I understand that the information communicated is proprietary, and expect that it will remain confidential.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this _23_ day of April, 2018.

_Chad Kramer_
Chad Kramer


Subscribed and sworn to before me this _23_ day of April, 2018.

_Janette Flanagan_
Notary Public, South Dakota

My Commission Expires: _11/8/22_
(Seal)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the __23__ day of April, 2018, a true and correct copy of the *Affidavit of Chad Kramer in Support of Plaintiff's Motion to Strike Defendant's Expert Witness John W. Carson* was electronically filed and served through Odyssey File and Serve System to:

        Michael F. Tobin
        mftobin@boycelaw.com

        Mitchell W. O'Hara
        mwohara@boycelaw.com

                */s/ G. Verne Goodsell* -Electronically Filed
                G. Verne Goodsell