UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SIOUX STEEL COMPANY, a South Dakota corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KC ENGINEERING, P.C., an Iowa corporation, <br><br> Defendant. | Civ. 15-4136 <br><br> **JOINT MOTION TO DISMISS** |

The parties, by and through their undersigned attorneys, hereby stipulate, agree, and jointly move this Honorable Court for its Order dismissing this matter on the merits and with prejudice, with no costs to be awarded to either party.

Dated this 25th day of January, 2019.

_____
Michael F. Tobin
BOYCE LAW FIRM, L.L.P.
300 South Main Avenue
P.O. Box 5015
Sioux Falls, SD 57117-5015
(605) 336-2424
*Attorneys for Defendant KC Engineering, P.C.*

Dated this 25th day of January, 2019.

_____
G. Verne Goodsell
Nathan R. Oviatt
GOODSELL QUINN
P.O. Box 9249
Rapid City, SD 57709-9249
(605) 343-3000
*Attorney for Plaintiff Sioux Steel Company*

1