UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| SIOUX STEEL COMPANY, A SOUTH DAKOTA CORPORATION;<br><br>Plaintiff,<br><br>vs.<br><br>KC ENGINEERING, P.C., AN IOWA CORPORATION;<br><br>Defendant. | 4:15-CV-04136-KES<br><br><br>JUDGMENT |

Under the parties' joint motion to dismiss (Docket 50), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and the parties shall bear their own costs, expenses, and attorney fees.

Dated January 28, 2019.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE